**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

**FILED**

FEB 0 7 2014

TIMOTHY M. O'BRIEN, Clerk
By_____ Deputy

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )
     vs.                       )       **Case No. 14-MJ-8030-JPO**
                               )
JEMEL T. KNOX,                 )
                               )
          Defendant.           )
_____)

## CRIMINAL COMPLAINT

I, Arch Gothard, being duly sworn, declare and state the following is true and correct to the best of my knowledge and belief.

### COUNT 1

On or about February 06, 2014, in the District of Kansas, the defendant,

#### JEMEL T. KNOX,

having been convicted in 2002, case number 01CR1198, of Possession of Cocaine, in the District Court of Wyandotte County, Kansas; in 2004, case number 2004CR1296, of Possession of Cocaine, in the District Court of Wyandotte County, Kansas; and, in 2006, case number 06-CR020023-JWL/JPO, of Felon in Possession of a Firearm, in United States District Court for the District of Kansas; crimes punishable under the laws of the respective jurisdictions by imprisonment for a term exceeding one year; knowingly and unlawfully shipped and transported in interstate and foreign commerce, possessed in and affecting interstate and foreign commerce, and received a firearm, namely, a .223 caliber Century Arms Inc. Georgia VT rifle, Model C15 Sporter, serial number CM00280, which had been shipped and transported in interstate and foreign commerce,

in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

The following facts were made known to me by personal observation or from information which I received from other law enforcement officers and their reports, and/or from other individuals:

1. I have been an agent with the Federal Bureau of Investigation for over 18 years. I am currently assigned to a Violent Crime Fugitive Task Force (VCTF) in Kansas City. During the course of my employment, I have investigated a wide variety of violations of federal law.

2. On February 6, 2014, at approximately 2:10 p.m., VCTF officer's executed a search warrant at 431 Freeman, Kansas City, Kansas. The warrant was for the person of Jemel T. Knox and for firearms, which was issued by Johnson County District Court Judge Thomas K. Ryan. Knox was wanted out of Johnson County, Kansas, for failure to appear on a felony eluding charge and for aggravated escape from custody.

3. When officers arrived at the residence, they knocked and announced police presence. A short time later the door was answered by the lessee, Alecia Young. Young and several children were removed from the residence. The first floor of the residence was cleared and officer's held the basement and the stairs leading to the second floor of the apartment. It was determined that Knox was upstairs in the residence. Police presence was repeated several times and multiple commands were given to Knox to come downstairs and surrender to officers to no avail. A robot was used to locate Knox hiding underneath the bed in the master bedroom. When confronted by the robot and when given additional verbal commands, Knox came

halfway down the stairs and was yelling at officer's to back up and to give him his glasses.  Knox had the robot in his hand and threw it into the living room.  Knox continued to yell at officers and took a step back up the stairs.  Knox was forcibly taken into custody without further incident.

4. Following Knox's arrest, officers located a .223 caliber Century Arms Inc. Georgia VT rifle, Model C15 Sporter, serial number CM00280 in a grey/green suitcase that was on the floor next to the bed Knox had been hiding under.  The firearm had a round in the chamber and a large capacity magazine containing 37 additional rounds was also located in the suitcase.

5. I interviewed Alecia Young, along with Johnson County Sheriff's Office Detective Kevin Finley.  Young said that Knox did not live with her and that he arrived at her house about 8:30 p.m. the previous evening.  A couple of hours later "Lindsey" (known by officer's to be Lindsey Kurtz and a girlfriend of Knox), came to the residence in a white Cadillac with Knox's suitcase and food from taco bell.  Knox brought the suitcase into the living room area.  Knox asked Young to move the suitcase out of the way, so she took the suitcase upstairs to the master bedroom.  Lindsey stayed the night sleeping in the living room with Knox, but she left in the Cadillac in the morning, prior to officers' arrival.  Young described Knox's suitcase in a manner that sounded similar to the suitcase that had been located in the master bedroom.  Young was shown the suitcase that was located near the bed Knox had been hiding under and she identified it as Knox's suitcase.  Young said the clothing in the suitcase belonged to Knox.  Young was shown the firearm that was in the

suitcase and she indicated the firearm was not hers. Young told officers she had not previously seen Knox with a gun.

6. I contacted ATF Special Agent Gordon Mallory, who is an interstate nexus expert, and he confirmed that the firearm had not been manufactured in Kansas and would had to have traveled through interstate and/or foreign commerce to be located in Kansas.

7. A criminal history check on Knox revealed he was convicted in 2002, case number 01CR1198, of Possession of Cocaine, in the District Court of Wyandotte County, Kansas; in 2004, case number 2004CR1296, of Possession of Cocaine, in the District Court of Wyandotte County, Kansas; and, in 2006, case number 06-CR020023-JWL/JPO, of Felon in Possession of a Firearm, in United States District Court for the District of Kansas; crimes punishable under the laws of the respective jurisdictions by imprisonment for a term exceeding one year. As a result of these convictions, it was unlawful for Knox to own or possess a firearm or ammunition.

WHEREFORE, I respectfully request that an arrest warrant be issued authorizing the FBI, to arrest Jemel T. Knox for the aforementioned violation.

Arch Gothard
FBI Special Agent

Sworn to before me and subscribed in my presence this 7th day of February,

2014, at Kansas City, Kansas.

GERALD L. RUSHFELT
United States Magistrate Judge
District of Kansas

Penalties:

COUNT 1 -

- NMT 10 years Imprisonment,
- NMT $250,000.00 Fine,
- NMT 3 years S.R., and
- $100 Special Assessment.