IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 14-20022-01-JAR-JPO |
| JEMEL T. KNOX, | ) ) ) |
| Defendant. | ) ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about February 06, 2014, in the District of Kansas, the defendant,

**JEMEL T. KNOX,**

having been convicted in 2002, case number 01CR1198, of Possession of Cocaine, in the District Court of Wyandotte County, Kansas; in 2004, case number 2004CR1296, of Possession of Cocaine, in the District Court of Wyandotte County, Kansas; and, in 2006, case number 06-CR-20023-JWL/JPO, of Felon in Possession of a Firearm, in United States District Court for the District of Kansas; crimes punishable under the laws of the respective jurisdictions by imprisonment for a term exceeding one year; knowingly and unlawfully shipped and transported in interstate and foreign commerce, possessed in and affecting interstate and foreign commerce, and received a firearm, namely, a .223 caliber Century Arms Inc. Georgia VT rifle, Model C15 Sporter, serial number CM00280, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

1

## COUNT 2

On or about February 06, 2014, in the District of Kansas, the defendant,

**JEMEL T. KNOX,**

knowingly and unlawfully received and possessed a firearm, that is, a .223 caliber Century Arms Inc. Georgia VT rifle, Model C15 Sporter, serial number CM00280, which had a barrel of less than 16 inches in length and which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), 5861(f), and 5871, with reference to Title 26, United States Code, Section 5845(a).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 and 2 of the Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense identified in Count 1, the defendant,

**JEMEL T. KNOX,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to a .223 caliber Century Arms Inc. Georgia VT rifle, Model C15 Sporter, serial number CM00280, and ammunition, seized by law enforcement, in the District of Kansas, on February 6, 2014.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

DATED: February 19, 2014              *s/Foreperson*
                                                  FOREPERSON OF THE GRAND JURY

*s/ Terra D. Morehead #12759*
BARRY R. GRISSOM, Ks. S. Ct. No. 10866
United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541 (fax)
barry.grissom@usdoj.gov

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

**PENALTIES:**

**Counts 1 & 2:**

- NMT 10 years Imprisonment,
- NMT $250,000.00 Fine,
- NMT 3 years S.R.,
- $100 Special Assessment; and,
- Forfeiture Allegation.

.

4