IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|                              ) | |
|         Plaintiff,    ) | |
| v.                           ) | |
|                              )  CASE NO: 14-20022-01-JAR-JPO | |
| JEMEL T. KNOX,               ) | |
|                              ) | |
|         Defendant.    ) | |

## MOTION FOR WRIT OF HABEAS CORPUS
## AD PROSEQUENDUM

COMES NOW the United States, by and through undersigned counsel, and moves the Court for the issuance of a Writ of Habeas Corpus Ad Prosequendum for Jemel T. Knox. In support of this Motion, the United States would show:

1. Defendant was charged in this district by Indictment on February 19, 2014.

2. Defendant is detained and currently in the custody of the Kansas Department of Corrections at El Dorado Correctional Facility, 1737 SE Us Highway 54, El Dorado, KS 67042.

3. Appearance is necessary by the defendant in this district for prosecution of the charges contained in the Indictment.

WHEREFORE, the United States of America moves the Court for an order issuing a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal and any other federal law enforcement agency for this district, to produce the Jemel T. Knox, wherever he may be found in the custody of the Kansas Department of Corrections, on Tuesday, July 29, 2014 at 1:30 p.m. and for any further proceedings to be held in this cause.

Respectfully submitted,

BARRY R. GRISSOM
United States Attorney


_s/ Terra D. Morehead_
Terra D. Morehead
Ks. S.Ct. No. 12759
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
(913)551-6730
(913)551-6541 (fax)
Terra.Morehead@usdoj.gov