IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NUMBER: 14-20022-01-JAR-JPO |
| ) | |
| JEMEL T. KNOX, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER FOR WRIT OF HABEAS CORPUS**
**AD PROSEQUENDUM**

This matter comes before the Court on the Government's Motion to issue a Writ of Habeas Corpus Ad Prosequendum for defendant Jemel T. Knox.

After reviewing the Government's motion, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued directing the United States Marshal and any other federal law enforcement agency for this district to produce Jemel T. Knox, wherever he may be found in the custody of the Kansas Department of Corrections, on Tuesday, July 29, 2014 at 1:30 p.m., and for any further proceedings to be held in this cause.

IT IS FURTHER ORDERED that at the conclusion of these proceedings the United States Marshal shall return Jemel T. Knox to the Kansas Department of Corrections.

IT IS SO ORDERED.

HONORABLE JAMES P. O'HARA
UNITED STATES MAGISTRATE JUDGE

DATED:  June 26, 2014