IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NUMBER: 14-20022-01-JAR-JPO |
| | ) | |
| JEMEL T. KNOX, | ) | |
| | ) | |
| Defendant. | ) | |

## WRIT OF HABEAS CORPUS

Terra Morehead, Assistant United States Attorney for the District of Kansas, has made application to the Court for the issuance of a writ of habeas corpus ad Prosequendum

Name of Detainee:   Jemel T. Knox,  Inmate #0075233

Custodian:   Warden, El Dorado Correctional Facility
1737 SE Us Highway 54
El Dorado, KS 67042

Detainee is charged in this district by Indictment

Appearance is necessary on: Tuesday, July 29, 2014, at 1:30 p.m. at Kansas City, Kansas before the United States District Court

The application is GRANTED and the above-named custodian, as well as the United States Marshal and any other federal law enforcement agency for this district, is hereby ORDERED to produce the named detainee from El Dorado Correctional Facility or wherever he may be found in the custody of the Kansas Department of Corrections, on the date and time listed above and for any further proceedings to be held in this cause. At the conclusion of these proceedings the United States Marshal shall return the detainee to the above named custodian.

DATED:  June 26, 2014

_____
HONORABLE JAMES P. O'HARA
United States Magistrate Judge