## CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.                                         Case No: 14-20022-01-JAR
                                             AUSA: Erin Tomasic
JEMEL T. KNOX                      Deft. Atty.: Che Ramsey

| | | | |
|---|---|---|---|
| JUDGE: | James P. O'Hara | DATE: | July 29, 2014 |
| DEPUTY CLERK: | Kathy Grant | TAPE/REPORTER: | 11:10 FTR/JPO |
| INTERPRETER: | N/A | PRETRIAL/PROBATION: | Sara Valdez-Hoffer |

Length of Hearing: ____ Hr(s) Min(s) 13                 Location: Kansas City, Kansas
Hearing Concluded  X  Yes  ___ No

### PROCEEDINGS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (X) | Rule 5 Hearing | ( ) | Initial Revocation Hearing | | ( ) | Bond Hearing | |
| ( ) | ID/Removal Hearing | ( ) | Held | ( ) Waived | ( ) | Bond Revocation Hearing | |
| ( ) | Preliminary Hearing | ( ) | Held | ( ) Waived | (X) | Arraignment | |
| (X) | Detention Hearing | ( ) | Held | (X) Waived | ( ) | | |
| (X) | Discovery Conference | (X) | Held | ( ) Waived | | | |

- ( ) Interpreter       ( ) Appointed       ( ) Sworn
- (X) Charges and penalties explained to defendant
- (X) Defendant sworn
- (X) Defendant examined re: financial ability to retain counsel
- (X) Counsel appointed       ( ) At defendant's expense
- (X) Constitutional rights explained       ( ) Felony     ( ) Misdemeanor
- ( ) Defendant declined to waive indictment       ( ) Will be presented by next Grand Jury
- ( ) Signed Waiver of Indictment
- ( ) Advised of consular notification rights
- ( ) Signed Consent to Transfer (Rule 20)
- ( ) Petition to Enter Plea Filed       ( ) Plea Agreement Attached
- ( ) Transfer to the _____ District of _____
- (X) Oral motion by Government for pretrial detention of defendant deemed MOOT as defendant waived a detention hearing.

(X) ARRAIGNMENT AND PLEA:                               ( ) No. of Counts ___
         (X) Waived Reading of    (X) Indictment    ( ) Information    ( ) Read to Defendant
         ( ) Previous Plea    ( ) Guilty    ( ) Not Guilty    Counts: _____ Withdrawn
         ( ) Guilty                                                                Counts: _____ Accepted
         (X) Not Guilty                                                Counts: 1 and 2 and disputes the
                                                                                             forfeiture allegation

| | | | | | |
|---|---|---|---|---|---|
| ( ) | Bail fixed at | ( ) | Bail denied | ( ) | Bail remains denied |
| ( ) | $_____ | ( ) | Unsecured | ( ) | Secured |
| ( ) | Release Order | ( ) | Executed | ( ) | Continued in effect |
| (X) | Deft. remanded to custody | ( ) | Pending compliance with conditions of release | | |
| (X) | Detention Ordered | | | | |

Case Management Meet and Confer:    August 12, 2014, at 9:00 a.m.
Speedy Trial Act motions filed by:    August 25, 2014
Status Conference:    September 2, 2014, at 9:00 a.m. before Judge Robinson

Miscellaneous: