IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

FILED
JUL 29 2014
Clerk, U.S. District Court
By _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 14-20022-01-JAR |
| JEMEL T. KNOX, | ) ) ) |
| Defendant. | ) |

### WAIVER OF DETENTION HEARING

I, JEMEL T. KNOX, charged in an indictment, and having been advised of my rights under the Bail Reform Act, 18 U.S.C. § 3142, including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing.

Date: 7/29/14

_____
Defendant

_____
Counsel for the Defendant