AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____ District of Kansas _____

## APPEARANCE

UNITED STATES OF AMERICA,
                Plaintiff,

    vs.                                     Case No. 14-20022-01-JAR-JPO

JEMEL T. KNOX,
                Defendant.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

        Jemel T. Knox, defendant.

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| July 29, 2014 | s/ Chekasha Ramsey |
| Date | Signature |
| | CHEKASHA RAMSEY    78476 |
| | Print Name    Bar Number |
| | Assistant Federal Public Defender |
| | Federal Public Defender Office |
| | |
| | 500 State Avenue, Suite 201 |
| | Address |
| | |
| | Kansas City, Kansas    66101 |
| | City,    State    Zip Code |
| | |
| | (913) 551-6712    (913) 551-6562 |
| | Phone Number    Fax Number |