**Clerk's Courtroom Motions/Miscellaneous Minute Sheet**

**UNITED STATES OF AMERICA**

**v.**

                                             **Case No:   14-20022-01-JAR**

**JEMEL T. KNOX**

**Location: Kansas City, Kansas**

AUSA: Terra Morehead
Deft. Atty.: Chekasha Ramsey

| **JUDGE:** | Julie Robinson | **DATE:** | 9/2/2014 |
|---|---|---|---|
| **DEPUTY CLERK:** | Bonnie Wiest | **TAPE/REPORTER:** | Kelli Stewart |
| **INTERPRETER:** | | **PRETRIAL/PROBATION:** | |

STATUS CONFERENCE

Case comes before the Court for a Status Conference. The defendant appears in person and through counsel. After discussing the deadlines contained in the Joint Motion to Toll Speedy Trial, the Court sets the following deadlines and hearings:

Pretrial motions deadline - September 22, 2014
Government's response deadline - October 6, 2014
Motion hearing - October 27, 2014 at 9:00 a.m.
Jury Trial - November 3, 2014 at 9:00 a.m.

The Court will issue a scheduling order setting out these deadlines.