IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
          Plaintiff

    vs.                              Case No. 14-20022-01-JAR

JEMEL T. KNOX,
          Defendant

## ORDER TO TOLL SPEEDY TRIAL

**NOW** on this 2nd day of September, 2014, the above-entitled matter comes before the Court upon "Joint Motion to Toll Speedy Trial."  The Court has reviewed the motion and is fully advised of the premises.

Additional time is needed to allow counsel additional time to review the discovery, and to complete investigation.

Based on the detailed information set forth in the motion, the Court finds under 18 U.S.C. § 3161(h)(7)(B) that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary to prepare for plea or trial, taking into account the exercise of due diligence.  The court further finds that the ends of justice served by granting an extension of time outweigh the best interests of the public and defendant in a speedy trial.  *United States v. Toombs,* 574 f.3D 1262 (10TH Cir. 2009).

**IT IS THEREFORE ORDERED** that the "*Joint Motion to Toll Speedy Trial*" is hereby **sustained.**

**IT IS FURTHER ORDERED** that the motions deadline is set for **September 26, 2014**.  The government's response deadline is set for **October 6, 2014**.  The motions hearing/status conference is scheduled for **October 27, 2014 at 9:00 a.m.,** and the jury trial is set for **November 3, 2014 at 9:00 a.m.**

**IT IS FURTHER ORDERED** that the period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7). The time period from September 2, 2014 through November 3, 2014 shall be excluded when calculating speedy trial time.

Dated: September 2, 2014

 S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE