IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 14-20022-01-JAR |
| | ) | |
| JEMEL KNOX, | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION FOR ADDITIONAL DISCOVERY

NOW COMES Defendant, Jemel Knox, by and through counsel, Chekasha Ramsey,

Assistant Federal Public Defender for the District of Kansas, and pursuant to Rule 16 of Federal

Rules of Criminal Procedure the Court moves for an order requiring the Government to produce

the discovery described below:

I.  Case File, and/or any other file or record maintained by Office of the Johnson County
Criminalists Laboratory containing information pertaining to this case including but not limited
to the following:

      a)     Inventory of Evidence

      b)     Chain of custody records

      c)     Documentation of deviations from standard protocol that occurred during all
            testing procedures

      d)     Laboratory (interagency and intra-laboratory) communication logs regarding
            handling, processing, storage and testing of evidence specific to this case.

      e)     A copy of all communication records authorizing or requesting specific tests of
            evidentiary items.

      f)     All communication records reflecting authorization to consume evidence during
            testing.

      g)     Procedures for storage of evidentiary items.

h)      All Crime Laboratory Reports

i)      Worksheets, notes and benchnotes related to all analyses along with communications regarding results or lack thereof to include visual examination/testing results, photographs, diagrams & drawings

j)      DNA Typing Results in the form of electronic data are mandatory (Genescan®, Genotyper®, GeneMapper®ID, GeneMapper IDX).

Complete Run Folders containing .fsa files, sample sheets, injection lists and run logs.

k)      DNA profile calculation worksheets; a copy of all mathematical formulas/ calculations used to generate statistical information relative to serological and DNA results.

l)      CODIS documentation (if applicable): Written procedures for reviewing DNA records and DNA database information pertaining to CODIS searches/matches. Include all documentation regarding the verification and resolution of database matches (all notes, worksheets and other materials used in both the administrative and technical reviews).

m)      Records of any incidents, errors, accidents or non-conformances including contamination or sample errors that occurred during testing of evidence from this case at any stage and documentation of corrective actions taken.

II.      All laboratory manuals containing information pertinent to any and all analyses performed upon evidence in addition to all quality assurance / quality control manuals, to include:

a)      Serology / Biology Manual with testing protocols for all body fluid identification tests conducted in this case.

b)      DNA Standard Operating Procedures / Forensic Biology Manual detailing all methods involved in conducting DNA typing.

c)      Quality Assurance Manual

d)      Interpretation Guidelines (to include guidelines for interpreting serology results and DNA results)

Statistical calculations

a)  Stochastic threshold assignment.

III.    Qualifications / Accreditation / Proficiency Material

a)      Copy of accreditation certificate(s);

b)      Names of all analysts involved in testing, including technical and administrative reviewers;

c)      Copies of C.V.'s, qualifications, job descriptions and Continuing Education records of all persons involved in handling and/or analysis of evidentiary items in this case.

d)      Test results from all positive and negative control samples processed with casework samples.

e)      Organizational chart of the laboratory.

f)      Proficiency test results summary for all analysts involved in the analysis (summary should include tests taken at or near the time of the analysis of evidence for the relevant case).

IV.    Items requested below, are discovery requests to all agencies and individuals involved in the case including but not limited to FBI, Kansas City, Kansas Police Department and Johnson County Sheriff's Department.

a)      Inventory and chain of custody records for evidence;

b)      Copies of all photography (film, digital or video) including but not limited to the following:

- Crime scene photographs/videos
- Photographs or video of witnesses and or defendant
- Photographs or video of evidence from the crime laboratory

c)      Incident/Summary notes from investigating agencies

•       Interagency and intra-agency communication logs/memos regarding collection, handling, storage and transport of evidence specific to this case.

Respectfully submitted,

s/ Chekasha Ramsey          #78476
Chekasha Ramsey
Assistant Federal Public Defender
For the District of Kansas
500 State Avenue, Suite 201
Kansas City, Kansas 66101
Telephone (913) 551-6911
Fax: (913) 551-6562
E-mail: Che_Ramsey@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Terra Morehead
Terra.Morehead@usdoj.gov

s/ Chekasha Ramsey
CHEKASHA RAMSEY