IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 14-20022-01-JAR |
| ) | |
| JEMEL KNOX, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT RESPONSE TO DEFENDANT'S MOTION FOR ADDITIONAL DISCOVERY

The United States of America, by and through Terra D. Morehead, Assistant United States Attorney for said District, and hereby responds to the defendant's Motion for Additional Discovery (Doc. 17). In response to the defendant's motion, the Government offers the following:

## ARGUMENTS AND AUTHORITIES

The defendant first appeared in court on July 28, 2014, at which time he was appointed Chekasha Ramsey to represent him. (Docs. 7, 8, 12.) The court issued a pretrial Order, which included a general order of discovery pursuant to Fed. R. Crim. P. 16(a). (Doc. 11, at 8-11.) On August 4, 2014, the Government provided the defendant with discovery, which included a information concerning DNA testing done as a part of the investigation. It was not until September 25, 2014, that defense counsel emailed a "discovery request letter" requesting a laundry list of additional items, similar to what has been outlined in the filed motion. There was no request for "additional" information prior to this letter. The following day the motion (Doc. 17) was filed. The Government is unaware of why there was a delay regarding the request for additional information.

1

As indicated, a significant amount of information and discovery has already been provided to the defendant and despite having received the information, the defendant merely cut and pasted what appears to be a laundry list/wish list from a defense expert. On September 29, 2014, Government counsel requested reciprocal discovery and requested to know which lab/expert the defendant was employing. To date that request has gone unanswered.

Under Rule 16, the Government is absolutely not required to provide much of the information requested by the defendant. Nevertheless, the Government is undertaking the securing of some additional items for the defendant's perusal, thus the Government believes the issue will become moot. Should there be items that are not provided that the defendant somehow believes Rule 16 specifically requires, the same can be addressed by the Court at the pretrial hearing on October 27, 2014.

There are certain items that Rule 16 specifically notes that are not subject to disclosure. Neither under Rule 16 is the defendant able to direct how certain discovery is to be provided – specifically, the Government believes the defendant's initial informal request would allow for the manipulation and modification of the DNA results, thus the Government will provide analyzed data and results. See F.R.C.P. (16)(a)(1)(F). Based upon defendant's requests for discovery, the Government formally requests under the provisions of F.R.C.P. 16(b), that defendant provide reciprocal discovery.

Further, the Government gives formal notice that the deadline for the defendant to enter a guilty plea pursuant to a plea agreement is on or before October 17, 2014. If a plea is not entered on or before October 17, 2014, the defendant would no longer qualify for a decrease for acceptance of responsibility under U.S.S.G. § 3E1.1(b), because the

Government will be proceeding forward with preparation for the upcoming scheduled jury trial.

## **CONCLUSION**

Based upon the above argument and authorities, the Government requests the Court to rule accordingly.

>Respectfully submitted,
>
>BARRY R. GRISSOM
>United States Attorney
>
>  *s/ Terra D. Morehead*
>Terra D. Morehead, #12759
>Assistant U.S. Attorney
>500 State Avenue, Suite 360
>Kansas City, Kansas 66101
>(913) 551-6730
>Terra.Morehead@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October, 2014, I electronically filed the foregoing response with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

>  *s/ Terra D. Morehead*
>Terra D. Morehead
>Assistant United States Attorney