IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>         Plaintiff,                              )<br>                                                  )<br>vs.                                              )<br>                                                  )<br>JEMEL KNOX,                             )<br>         Defendant.                         )<br>_____) | Case No. 2:14-cr-20022-JAR-1 |

## MOTION FOR LEAVE TO
## FILE PRETRIAL MOTIONS OUT OF TIME

NOW COMES Defendant, by and through Counsel, Chekasha Ramsey, and moves the Court for leave to file pretrial motions out of time. In support of this motion Defendant states and alleges to the Court as follows:

1. The deadline for filing pretrial motions in the above captioned case was September 26, 2014.

2. This is Defendant's second request for an extension of time to file pretrial motions.

3. Counsel request time to file a Motion to Suppress based on the illegality of the search warrant in this case. Counsel found newly discovered case law that is applicable to the constitutional issue.

4. Government Counsel, Terra Morehead, does not object to this request.

5. Due to the possible late filing of Defendant's Motion to Suppress, Counsel anticipates new deadlines and trial date will be needed.

6. Counsel anticipates filing the Motion to Suppress by Tuesday October 14, 2014.

7. The Government will need additional time to respond to Defendant's motion.

8. The motions hearing is set for October 27, 2014 at this time and would not afford the government adequate time to respond.

9. In light of the above information and discussions with Mrs. Morehead, Counsel will file an unopposed Motion to Extend Pretrial Deadlines and Motion to Continue Trial with proposed dates. Counsel requests leave to file a Motion to Extend Pretrial Deadlines and Motion to Continue Trial out of time.

WHEREFORE, for the following reasons Defendant requests the Court allow him additional time which to file pretrial motions out of time.

Respectfully submitted,

s/ Chekasha Ramsey
CHEKASHA RAMSEY #78476
Assistant Federal Public Defender
500 State Avenue, Suite 201
Kansas City, Kansas 66101
Telephone (913) 551-6712
Fax: (913) 551-6562
E-mail: Che_Ramsey@fd.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 8, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Terra Morehead
Terra_Morehead@usdoj.gov

                                            s/ Chekasha Ramsey
                                            CHEKASHA RAMSEY       #78476
                                            Assistant Federal Public Defender
                                            500 State Avenue, Suite 201
                                            Kansas City, Kansas 66101
                                            Telephone (913) 551-6712
                                            Fax: (913) 551-6562
                                            E-mail: Che_Ramsey@fd.org