IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 14-20022-01-JAR |
| | ) | |
| JEMEL KNOX, | ) | |
| Defendant. | ) | |
| | ) | |

# MOTION TO EXTEND PRETRIAL DEADLINES AND DECLARE TIME EXCLUDABLE FROM SPEEDY TRIAL ACT

NOW COMES Defendant, Jemel Knox, by and through counsel, Chekasha Ramsey, and moves the Court to declare the requested time excludable from the Speedy Trial Act. In support of this motion, Defendant states and alleges to the Court as follows:

1. On July 29, 2014 defendant was arraigned on Count I of the Indictment, Felon in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), Count II Possessing a Firearm in violation of Title 26, United States Code, § 5845(a), and a Forfeiture Allegation.

2. The court issued Pretrial Order 1 and counsel filed *first* Motion to Declare Time Excludable from Speedy Trial Act on August 25, 2014. (Doc.13)

3. The court scheduled new case deadlines in the Order to Toll Speedy Trial and ordered Defense Pretrial motions were due on September 26, 2014. (Doc. 15)

4. On October 8, 2014 defense counsel filed a Motion for Extension to File Pretrial Motions out of Time. The motion requested that the court grant leave to file a Motion to Suppress out of time and to file a Motion to Extend Pretrial Deadlines out of time. (Doc.19)

5.	On October 9, 2014 this court granted defendant's Motion to File Pretrial Motions out of time and ordered motions filed by October 14, 2014 and the Governments response due by October 24, 2014. (Doc. 20)

6.	After further discussion the parties agree that the current response date of October 24, 2014, motions hearing date of October 27th, 2014 and Trial date of November 4th, 2014 would not afford adequate time to dispose of pretrial motions prior to the Trial date.

7.	Counsel is now filing this motion to request new case deadlines and declare the time excludable from the Speedy Trial Act.

8.	Counsel proposes the following deadlines:

- Motions Due October 14, 2014
- Government's Responses Due October 28, 2014[3]
- Motions Hearing November 24, 2014
- Jury Trial January 12, 2015

9.	The need for the additional time requested outweighs the best interest of the public and the defendant in a speedy trial, as set out in 18 U.S.C. 3161(h)(7).  Although delay resulting from a continuance granted by the district court is not automatically excluded from the Speedy Trial Act's 70-day time limit under 18 U.S.C. § 3161(h)(1), subsection (h)(7) provides "[m]uch of the Act's flexibility," *Zedner v. United States*, 547 U. S. 489, 498 (2009), and gives district courts "discretion . . . to accommodate limited delays for case-specific needs," *id.*, at 499. Delay granted under the ends-of-justice exception may be excluded if the district court makes the findings required by 18 U.S.C. 3161(h)(7).  *Bloate v. United States*, 130 S. Ct. 1345, 1357-58 (2010).

10. The ends of justice are served by granting this motion allowing adequate time for disposal of pretrial motions central to effective assistance of counsel. Failure to grant the continuance would result in a waiver of the right of defendant to request redress by the court of a possible 4th Amendment constitutional violation prior to trial.

11. Defense counsel consulted with Mr. Knox, who understands his statutory right to a speedy trial, and he does not object to the tolling of the Speedy Trial Act time during the requested extension.

12. Attorney for the Government, Terra Morehead does not object to the proposed new deadlines or this motion.

WHEREFORE, defense requests that this court exclude the period from the filing of this motion to the Jury trial setting for the purposes of calculating deadlines under the Speedy Trial Act.

Respectfully submitted,

s/ Chekasha Ramsey    #78476
Chekasha Ramsey
Assistant Federal Public Defender
For the District of Kansas
500 State Avenue, Suite 201
Kansas City, Kansas 66101
Telephone (913) 551-6911
Fax: (913) 551-6562
E-mail: Che_Ramsey@fd.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 9, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Terra Morehead
Terra.Morehead@usdoj.gov


                                                s/ Chekasha Ramsey
                                                CHEKASHA RAMSEY