IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,       )
                    Plaintiff,  )
                                )
vs.                             )   Case No. 14-20022-01-JAR
                                )
JEMEL KNOX,                     )
                    Defendant.  )
                                )

**ORDER**

NOW on this 9th day of October, 2014, the above-entitled matter comes before the Court upon defendant's "Motion to Extend Pretrial Deadlines and Declare Time Excludable from Speedy Trial Act."  The Court has reviewed the motion and is fully advised of the premises. Based on detailed information set forth in the motion, the Court finds under 18 U.S.C. § 3161(h)(7)(B) that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary to prepare for plea or trial, taking into account the exercise of due diligence.  The court further finds that the ends of justice served by granting an extension of time outweighs the best interest of the public and a defendant in a speedy trial. *United States v. Toombs,* 574 F.3d 1262 (10th Cir. 2009).

IT IS THEREFORE ORDERED, that defendant's Motion to Extend Pretrial Deadlines and Declare Time Excludable from Speedy Trial Act" is hereby sustained.

IT IS FURTHER ORDERED that the motions deadline is set for October 14, 2014.  The government's response deadline is set for October 28, 2014.  The motions hearing is scheduled for November 24, 2014 at 1:30 p.m.  The jury trial is set for January 12, 2015.

IT IS FURTHER ORDERED that the period of delay resulting from such a continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. § 3161(h)(7). The time period from November 4, 2014 through January 12, 2015, shall be excluded when calculating speedy trial time.

Dated: October 9, 2014

                                            S/ Julie A. Robinson
                                            JULIE A. ROBINSON
                                            UNITED STATES DISTRICT JUDGE