## IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS

STATE OF KANSAS          )
                         )  SS:
COUNTY OF JOHNSON  )

### AFFIDAVIT FOR SEARCH WARRANT

Comes now, Detective Kevin Finley, a police detective with the Johnson County Sheriff's Office, affiant, now appears before the undersigned judge, authorized to issue warrants in criminal cases, and makes this affidavit in support of the issuance of a search warrant to search the following described place / vehicle / residence:

**A single family apartment with red brick and white stucco siding, composite roof. The numbers 431 are displayed above the doorway vertically in black. Apartment located at 431 Freeman Kansas City, Wyandotte County, Kansas to obtain the person of Jemel T. Knox B/M 07/03/1983.**

and there to seize, secure, tabulate and make return thereof according to law the following property or things which have been used in the commission of a crime or which are contraband or which is property which constitutes or may be considered evidence, fruits or instrumentalities of a crime;

**The body of Jemel T. Knox B/M 07/03/1983; Firearms**

Affiant says that he has probable cause to believe that the above listed things to be seized or located upon said described premises based upon the following facts:

1. On 01/16/2014, subject Jemel T. Knox B/M 07/03/1983 failed to appear on case 13CR2619 for felony fleeing and eluding in Johnson County Kansas District Court. Jemel Knox was on supervision through Johnson County Community Corrections on this case and cut his GPS monitor off at the address of 907 N. Iowa, Olathe, Kansas at the same time subject was to appear in court. Charges are pending on tampering at this time. Officers were in court to take Mr. Knox into custody on a Kansas City Kansas "Pick Up Order" for Aggravated Intimidation of a Witness in a murder trial. Subject also has case 14CR0151 (Escape from Custody) filed in Johnson County District Court with an active felony arrest warrant issued. Knox is also a convicted felon barred from possessing firearms.

2. Officers contacted a Lindsey Kurtz, W/F 10/27/1984, at 907 N. Iowa, Olathe, Kansas and conducted a search and recovered the GPS Monitor. Mr. Knox was not located and Lindsey's 2003 Cadillac Deville was missing from the apartment parking lot. Lindsey only advised Knox left on foot and she had no idea where he would be. Lindsey advised her sister, Sidney Kurtz, had her Cadillac. Lindsey provided a telephone number of 660-528-0074 for Knox. Knox contacted Olathe Police Department at the time of Lindsey's interview and search of the apartment inquiring why officers were at the apartment looking for him. Knox called from the same telephone number as identified by Lindsey as belonging to Knox. Officers confirmed Sidney Kurtz did not have the Cadillac and that Knox was still in possession of



the vehicle.

3. Officers conducted an attempt to locate the Cadillac at 8402 N. 53rd Street Overland Park, Kansas, 2860 N. 27th Street Kansas City, Kansas, 7401 W. 61st Street Overland Park, Kansas, 431 Freeman Kansas City, Kansas, and 3033 Everett Kansas City, Kansas. No vehicle was located.

4. On 01/22/2014, affiant contacted a previous girlfriend of Knox's, Cynthia McBee. She advised she and Knox broke up and no longer lived together. She advised that Knox had become violent with her lately and she had a Protection Order issued against him. She did advise he always carried a gun and had threatened her and her neighbor in December. He had also gone to her father's job in Kansas City, Missouri and threatened him and his employees with a gun. She said he always carries a pistol in his pants and has numerous weapons to include an AR15 assault type rifle and a Desert Eagle pistol. Cynthia did advise that Knox had numerous girlfriends and most were only known by their street names. She did provide two friends names of Michael Dupree Jr, and Alecia Young. Cynthia was able to identify both parties by Knox's Facebook posts that the officer provided.

5. On 01/23/2014, Olathe Police Department received a tip that Knox was going to pick up his girlfriend Lindsey Kurtz at the "Outhouse" located in Douglas County, Kansas. Douglas County spotted the Cadillac and pursued the subject into Lawrence city limits when the driver of the Cadillac shut the lights out on the vehicle at 2am and kept speeding. Officers discontinued pursuit for safety reasons.

6. On 01/28/2014, affiant was contacted by a source close to the investigation that Knox had obtained a new cell phone number of 660-525-3002. This officer attempted to contact the previous telephone number of 660-528-0074. It showed no longer in service and disconnected on 01/16/2014 by the telephone company

7. On 01/28/2014, Officers conducted a residence check at 907 N. Iowa, Olathe, Kansas after receiving a tip that a black male had shown up at Lindsey's apartment at 2am. Subject was not located. Lindsey had the Cadillac back on 01/25/2014 per sources. Lindsey would not provide the name of the driver of the Cadillac from the Douglas County pursuit on 01/23/2014. She did advise that Knox was not the driver and she was not in the vehicle but had been contacted by Olathe Police Department on this matter. She still denies having any contact with Knox since he left the apartment on 01/16/2014.

8. On 01/30/2014, SA John Hauger had a federal order signed for cell phone tracking on telephone number 660-525-3002. The order was sent to T-Mobile and it was confirmed the phone account was active but not turned on. Investigators determined the phone was turned back on 02/01/2014 at 3pm. Phone records obtained show numerous calls to Lindsey Kurtz and Alecia Young that use the same numbers as investigators observed on Knox's previous phone's call log of 660-528-0074.

9. On 02/03/2014, technicians with the FBI were able to track the phone (660-525-3002) to the area of 431 Freeman, Wyandotte County, Kansas City, Kansas. This is an apartment complex

and apartments are individually numbered. A computer check had provided the address for an Alecia Young B/F 11/15/1986 at 431 Freeman Kansas City, Kansas. Officers were unable to keep surveillance on the apartment due to location and time of day.

10. On 02/06/2014, the phone (660-525-3002) "pings", within a range of 6 meters, at the building of 431 Freeman, Wyandotte County, Kansas City, Kansas. A "ping" is a notification from T-Mobile that the phone is active and on and provides a distance between the nearest cell phone tower and the phone. Officers confirmed with management for the complex that Alecia Young B/F 11/15/1986 does reside and is on the lease at 431 Freeman, Kansas City, Kansas. Also, located in the parking lot was the white Cadillac registered to Lindsey Kurtz of 907 N. Iowa, Olathe, Kansas. Officers observed a black male with a red hoodie exit a building at the apartment complex of 431 Freeman to go out to start the Cadillac. A white female drove away alone in the vehicle. Officers were unable to identify the female leaving in the Cadillac.

11. T-Mobile notifies investigators when the "ping" location changes and as of 1:07 pm on 2/06/14, the phone remains at the same location previously identified as 431 Freeman, Wyandotte County, Kansas City, Kansas. Jemel Knox has at least two felony warrants issued for his arrest at this time out of Johnson County District Court: 13CR2619 and 14CR151. Officers are seeking a search warrant to enter 431 Freeman, Kansas City, Wyandotte County, Kansas to arrest Jemel Knox.

12. Affiant is a task force officer with the FBI's Violent Crimes Task Force and has been assigned to located and apprehend Mr. Knox.

Signed: _____
Requesting Officer

Subscribed and sworn to before me this 6th day of February, 2014.

_____
Judge of the District Court
Tenth Judicial District Court No. 17
Johnson County, Kansas