IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS

IN RE:  SEARCH WARRANT FOR:     **A single family apartment with red brick and white stucco siding, composite roof. The numbers 431 are displayed above the doorway vertically in black. Apartment located at 431 Freeman Kansas City, Wyandotte County, Kansas to obtain the person of Jemel T. Knox B/M 07/03/1983.**

SEARCH WARRANT

State of Kansas, Johnson County, ss.:

THE STATE OF KANSAS TO ALL LAW ENFORCEMENT OFFICERS OF THE STATE OF KANSAS:

Upon written statement given under oath or affirmation which states facts sufficient to show and from which I find that probable cause exists that a crime has been or is being committed and which statement particularly describes the person, place, or means of conveyance to be searched and things to be seized, the undersigned finds that a search warrant should be issued for seizure of the certain items, to-wit:

**The body of Jemel T. Knox (B/M 07/03/83); Firearms**

which things have been used in the commission of a crime or are contraband or any property which constitutes or may be considered a part of the evidence, fruits or instrumentalities of a crime under the laws of this state, any other state or of the United States, and are located in or upon the following described persons, places, things or means of conveyance:

**A single family apartment with red brick and white stucco siding, composite roof. The numbers 431 are displayed above the doorway vertically in black. Apartment located at 431 Freeman Kansas City, Wyandotte County, Kansas to obtain the person of Jemel T. Knox B/M 07/03/1983.**

YOU ARE THEREFORE COMMANDED forthwith within ninety-six (96) hours to execute this warrant by searching the person, place, thing or means of conveyance hereinbefore specified for such items, and to seize and hold such items to be dealt with according to law and make due return of this warrant whether executed or not.

Issued this 6th day of February, 2014, at  _1:31_  o'clock _P_.M.

_____
Judge of the District Court
Johnson County, Kansas

DEFENDANT'S EXHIBIT 2

INVENTORY, RECEIPT AND RETURN TO SEARCH WARRANT

On the 6th day of February, 2014, at 2:10 o'clock __.M.,
I executed this search warrant, as commanded therein, by going to and on the place described in said warrant, and searched said person, place, thing or means of conveyance, and found thereon and seized the following described property to-wit:

Jemel T. Knox
Suitcase - Green
Misc mens clothing
Century Arms Inc C15 Sporter .223 cal (AR15) Rifle Serial* CM 00280
.223 6FL10 hand ammo 13 rnds, 1 FC brand .223 ammo, 24 rnds Wolf ammo .223 - Loaded into Plastic P.Mag 5.56 magazine.

which I now have in custody, subject to the order of the Court.

*I have delivered to ____ a copy of this warrant and a receipt for the above-described property. (Cross out if inapplicable)

*No one being present, I left a copy of this warrant and a receipt for the above-described property at the place described in the warrant. (Cross out if inapplicable)

_____ DATE 02/06/14
Officer's Signature

I acknowledge that I received a copy of this warrant and a receipt for the above-described property taken.

_____ DATE 02/06/14
Signature

*Sec. 22-2506. Execution of search warrants. A search warrant shall be executed within ninety-six hours from the time of issuance. If the warrant is executed the duplicate copy shall be left with any person from whom any things are seized or if no person is available the copy shall be left at the place from which the things were seized. Any warrant not executed within such time shall be void and shall be returned to the court of the magistrate issuing the same as "not executed." (Make return of warrant immediately upon execution or, if not executed, immediately following expiration of ninety-six hour period.)