**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      **v.**                            **CASE NO.  14-20022-01-JAR**

**JEMEL KNOX,**

      **Defendant.**

## MOTION FOR ADDITIONAL TIME

The United States of America, by and through undersigned counsel, respectfully requests that this Court issue an order allowing additional time for the government to file their response in this matter until November 4, 2014.  In support of said motion, the government states the following.

1. Counsel for the government has been sick for several days and has not had adequate time to prepare its response to any motions filed by the defense.

2. The additional time requested will not prejudice the parties herein.

THEREFORE, it is respectfully requested that the Court continue the deadline for filing its response until November 4, 2014.

                    Respectfully Submitted,

                    Barry R. Grissom
                    United States Attorney
                    District of Kansas

                    s/Terra D. Morehead
                    Terra D. Morehead, #12759
                    Assistant United States Attorney
                    500 State Avenue, Suite 360
                    Kansas City, Kansas 66101
                    (913) 551-6730
                    (913) 551-6541 (fax)
                    Terra.Morehead@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on this 28th day of October, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that sent notification of such filing to all counsel of record.

        s/Terra D. Morehead
        Terra D. Morehead, #12759
        Assistant United States Attorney