IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                  CASE NO. 14-20022-01-JAR

JEMEL KNOX,

        Defendant.

## ORDER FOR CONTINUANCE

Now on this 28th day of October, 2014, the above-entitled matter comes before the Court upon the motion of the government for an order allowing additional time for the government to file their response until November 4, 2014.

The Court, after reviewing the motion and being fully advised in the premises finds good reason exists for the additional time, which is hereby continued until November 4, 2014.

IT IS SO ORDERED.

Dated: October 28, 2014

                                        S/ Julie A. Robinson
                                        JULIE A. ROBINSON
                                        UNITED STATES DISTRICT JUDGE