IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-20022-01-JAR |
| ) | |
| JEMEL KNOX, ) | |
| Defendant. ) | |
| ) | |

**MOTION TO COMPEL DNA DISCOVERY IN AN UNLOCKED FORMAT**

NOW COMES Defendant, Jemel Knox, by and through counsel, Chekasha Ramsey, Assistant Federal Public Defender for the District of Kansas, and pursuant to Rule 16 of Federal Rules of Criminal Procedure and moves the Court for an order requiring the Government to produce the discovery described below:

1. On September 26, 2014, defendant filed a Motion for Additional discovery. (Doc. 17)

2. The motion requested DNA Typing Results in the form of electronic data.

3. On October 27, 2014, defense counsel received additional discovery from the Government regarding the DNA in this case.

4. This discovery was forwarded to Genetic Technologies Incorporate (GTI), a DNA forensics expert working on behalf of the defense.

5. Subsequent to GTI's review, it was discovered that the Government has not provided the DNA Typing Results in the form of electronic data in a format that allows independent analysis by defense expert.

6. As a result, Defense counsel contacted Attorney for the Government, Terra Morehead, to request the missing discovery.

7. Counsel was informed on November 5, 2014, that the requested discovery would not be voluntarily provided to the defense by the government.

8. The Johnson County Crime Lab conducted their analysis of the data by utilizing the raw data as it was produced by the genetic analyzer.

9. After the lab software analyzed the DNA, using the boundaries and analysis parameters, it was saved as a file by the lab technician.

10. This form of file is "locked" into the format used by the Johnson County Crime Lab. The "locked" format precludes the defense from viewing the original data and conducting independent analysis of the data.

11. Providing the data in an unlocked format allows the defense expert to perform the evaluation in the exact same manner and extent as did the crime lab technician who performed the analysis by the Johnson County Crime Lab.

12. Specifically, defendant requests the following:

    DNA Typing Results in the form of <u>electronic data</u>:

    (Genescan® , Genotyper®, GeneMapper®ID, GeneMapper IDX).

    Include complete Run Folders containing .fsa files, sample sheets, injection lists, and run logs.

    Other forms of data (quantitation and/or DNA Typing) include, but are not limited to: real time PCR quantitation data, STR gel photographs, autorads from RFLP analysis, photographs of ethidium bromide yield gels, photos or Xerox copies of DQ-α or DQ-α / Polymarker strips, slot blot membranes, etc. Produce any other form of data that was used to determine quantity of DNA or genetic profiles from evidentiary items.

    Paper printouts of data and/or data that has been scanned and saved in PDF format is not acceptable in lieu of electronically formatted data.

    GeneMapper® ID project files in the form of .fsa or .hid files

      A Matrix File must also be provided—<u>the Matrix must not be included within a Project File.</u>

13. The data is requested in an unlocked and unedited format as .fsa or .hid files.

14. The prosecution has an affirmative duty to timely disclose any exculpatory or impeachment evidence. *Brady v. Maryland*, 371 U.S. 812 (1962)

15. Failure to provide the requested discovery would amount to a violation of the defendant's right to due process of law and effective assistance of counsel in violation of the Sixth and Fourteenth Amendments to the United States Constitution.

      Wherefore, defendant requests the Court order the government to produce the requested discovery above in an unedited and unlocked format.

      Respectfully submitted,

      s/ Chekasha Ramsey
      Chekasha Ramsey, #78476
      Assistant Federal Public Defender
      For the District of Kansas
      500 State Avenue, Suite 201
      Kansas City, Kansas 66101
      Telephone (913) 551-6911
      Fax: (913) 551-6562
      E-mail: Che_Ramsey@fd.org

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 7, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ms. Terra Morehead
Assistant United States Attorney
Terra.Morehead@usdoj.gov

      s/ Chekasha Ramsey
      CHEKASHA RAMSEY