IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 14-20022-01-JAR |
| | ) | |
| JEMEL KNOX, | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO REQUEST SPECIAL SETTING ON DEFENDANT'S MOTION TO COMPEL DNA DISCOVERY IN AN UNLOCKED FORMAT**

NOW COMES Defendant, Jemel Knox, by and through counsel, Chekasha Ramsey, Assistant Federal Public Defender for the District of Kansas, and requests the Court for special hearing setting the week of December 1, 2014:

1. On November 7, 2014, Defendant filed a Motion to Compel DNA Discovery in an Unlocked Format. (Doc. 28)

2. After filing the motion, it was determined that Defendant will present expert testimony to the Court on this motion.

3. Defendant will present expert testimony by Jami Harman DNA Forensic Specialists of Genetic Technologies Incorporate (GTI), a DNA forensics expert working on behalf of the defense.

4. Defense expert Ms. Harman is unavailable on the motions hearing date in this case which is set on November 24, 2014.

5. Defense counsel discussed this matter with Attorney for the Government, Terra Morehead.

6. Ms. Morehead does not object to setting a special hearing date on Defendant's Motion to Compel for some time during the week of December 1, 2014. However, Ms. Morehead is unavailable on December 4, 2014.

Wherefore, Defendant requests the Court set a hearing during the week of December 1, 2014, for the Defendant to present expert testimony on defendant's Motion to Compel DNA Discovery in an Unlocked Format.

>Respectfully submitted,
>
>s/ Chekasha Ramsey
>Chekasha Ramsey, #78476
>Assistant Federal Public Defender
>For the District of Kansas
>500 State Avenue, Suite 201
>Kansas City, Kansas 66101
>Telephone (913) 551-6911
>Fax: (913) 551-6562
>E-mail: Che_Ramsey@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ms. Terra Morehead
Assistant United States Attorney
Terra.Morehead@usdoj.gov

>s/ Chekasha Ramsey
>CHEKASHA RAMSEY