**Clerk's Courtroom Motions/Miscellaneous Minute Sheet**
**HEARING**

**UNITED STATES OF AMERICA**

**v.**

**JEMEL T. KNOX**

Case No: 14-20022-JAR

**Location: Kansas City, Kansas**

AUSA: Terra Moorehead
Deft. Atty.: Chekasha Ramsey

| | | | |
|---|---|---|---|
| **JUDGE:** | Julie Robinson | **DATE:** | 11/24/2014 |
| **DEPUTY CLERK:** | Bonnie Wiest | **TAPE/REPORTER:** | Kelli Stewart |
| **INTERPRETER:** | | **PRETRIAL/PROBATION:** | |

MOTION HEARING

Case comes before the Court on defendant's Motion to Suppress Evidence (Doc. 23). The defendant appears in person and by counsel. After hearing testimony and evidence, the Court takes the Motion under advisement.

The Court grants defendant's motion for a a special setting on Defendant's Motion to Compel DNA Discovery in an Unlocked Format (Doc. 28). The hearing is set for 1/7/2015 at 9:00 a.m.

Government Exhibits:

No. 1 - Search Warrant - admitted
No. 2 - Affidavit - admitted

Government's Witness:

Detective Kevin Finley, Violent Crimes Task Force - Sworn