**Clerk's Courtroom Motions/Miscellaneous Minute Sheet**
**SEALED HEARING**

**UNITED STATES OF AMERICA**

**v.**

**Case No: 14-20022-01-JAR**

**JEMEL T. KNOX**

**Location: Kansas City, Kansas**

AUSA: Terra Morehead/Dave Zabel
Deft. Atty.: Chekasha Ramsey

| JUDGE: | Julie Robinson | DATE: | 1/7/2015 |
|---|---|---|---|
| DEPUTY CLERK: | Bonnie Wiest | TAPE/REPORTER: | Kelli Stewart |
| INTERPRETER: | | PRETRIAL/PROBATION: | |

**MOTION HEARING**

Case comes before the Court on defendant's Motion to Compel DNA Discovery (Doc. 28). The defendant appears in person and by counsel. After hearing evidence and testimony, and for the reasons set out in the record, the Court grants defendant's motion. Discovery will be reciprocal. Court orders defendant's counsel to submit order. The Court finds as moot the defendant's Motion for Additional Discovery (Doc. 17).

The Court sets the following deadlines and hearings:

Deadline for defendant to disclose their report to Government: February 27, 2015.
Status Conference: March 23, 2015 at 9:00 a.m.

It is ordered by the Court that the period of delay resulting from the additional time granted pursuant to the court's order, January 7, 2015 until March 23, 2015, shall be deemed excludable time as provided for in 18 U.S.C. §3161(h)(7)(A), in that the ends of justice served by the granting of an extension outweigh the best interest of the public and the defendant in a speedy trial.

**DEFENDANT'S EXPERT WITNESS**
Stephanie Beine - SWORN - Senior Forensic Scientist/Quality Assurance manager, Genetic Technologies, Inc.

**GOVERNMENT'S EXPERT WITNESS**
Ross Capps - SWORN - Forensic Scientist, Johnson County Lab.