IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-20022-01-JAR |
| ) | |
| JEMEL KNOX, ) | |
| Defendant. ) | |
| ) | |

## **ORDER**

NOW on this 7th day of January, 2015, the above-captioned matter comes before the Court upon the Motion to Compel DNA Discovery in an Unlocked Format (Doc. 28). The Court, after reviewing the motion and being fully advised in the premises, finds that there exists good cause for Defendant's specific request.

The Government is ordered to provide to defendant unlocked raw electronic DNA data files including: Genescan, Geneotyper, Genemapper ID, GeneMapper IDX, complete Run Folders containing .fsa or .hid files, sample sheets, injection lists, run logs, and the Matrix file.

**IT IS THEREFORE ORDERED** that the Motion to Compel DNA Discovery in an Unlocked Format is granted.

Dated: January 7, 2015

 S/ Julie A. Robinson
 JULIE A. ROBINSON
 UNITED STATES DISTRICT JUDGE