IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| Plaintiff,     ) | |
| ) | |
| vs.     ) | Case No. 14-20022-01-JAR |
| ) | |
| JEMEL KNOX,     ) | |
| Defendant.     ) | |
| _____) | |

**MOTION TO EXTEND TIME TO PRODUCE FED. R. CRIM. P. 16(b) MATERIALS**

NOW COMES Defendant, Jemel Knox, by and through counsel, Chekasha Ramsey, and moves the Court to extend the time required to produce Fed. R. Crim. P. 16(b) materials. In support of this motion, Defendant states and alleges to the Court as follows:

1. Defendant contracted and hired as a defense expert Genetic Technologies Incorporated (GTI) for independent review and testing of the DNA evidence in this case.

2. As a result, Defendant filed a Motion to Compel DNA Discovery in an Unlocked Format for further review. (Doc. 28).

3. On January 7, 2015, this Court held a hearing on Defendant's Motion to Compel DNA Discovery in an Unlocked Format.

4. The Court granted Defendant's motion and directed defense counsel to provide Federal Rule of Criminal Procedure Rule 16(b) materials to the Government by February 27, 2015.

5. Defense counsel has consulted with GTI and, due to the complexity of the evidence, the comparison process will take additional time to complete.

6.      Without completion of the comparison process and any generation of the results, defense counsel is unable to determine whether any information from GTI will be used in Defendant's case in chief.

7.      Defense counsel anticipates GTI will be able to complete the review by May 25, 2015.

8.      A status conference is set in this case for March 23, 2015.

9.      Defense counsel request this Court extend the deadline for Defendant's disclosure pursuant to Fed. R. Crim. P. 16(b) to May 25, 2015.

10.     Attorney for the Government, Terra Morehead, does not object to the proposed new deadline.

WHEREFORE, defense requests that this Court order that Defendant's disclosure, if any are to be made pursuant to Fed. R. Crim. P. 16(b), is due on May 25, 2015.

Respectfully submitted,

s/ Chekasha Ramsey
Chekasha Ramsey, #78476
Assistant Federal Public Defender
For the District of Kansas
500 State Avenue, Suite 201
Kansas City, Kansas 66101
Telephone (913) 551-6911
Fax: (913) 551-6562
E-mail: Che_Ramsey@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ms. Terra Morehead
Assistant United States Attorney
Terra.Morehead@usdoj.gov

                                                        s/ Chekasha Ramsey
                                                        CHEKASHA RAMSEY