IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                    Plaintiff,   )<br>                              )<br>vs.                           )<br>                              )<br>JEMEL KNOX,                   )<br>                    Defendant. )<br>                              ) | Case No. 14-20022-01-JAR |

**<u>ORDER</u>**

NOW on this 24th day of February, 2015, the above-entitled matter comes before the Court upon defendant's "Motion to Extend Time to Produce Fed. R. Crim. P. 16(b) Materials." The Court has reviewed the motion and is fully advised of the premises. Based on detailed information set forth in the motion, the Court finds under 18 U.S.C. § 3161(h)(7)(B) that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary to prepare for plea or trial, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by granting an extension of time outweighs the best interest of the public and a defendant in a speedy trial. *United States v. Toombs,* 574 F.3d 1262 (10th Cir. 2009).

IT IS THEREFORE ORDERED, that Defendant's Motion to Extend Time to Produce Fed. R. Crim. P. 16(b) Materials is hereby sustained.

IT IS FURTHER ORDERED that the deadline to produce materials is set for May 25, 2015.

Dated: February 24, 2015

 S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE