IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 14-20022-01-JAR |
| | ) | |
| JEMEL KNOX, | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO CONTINUE TRIAL AND DECLARE TIME
EXCLUDABLE FROM SPEEDY TRIAL ACT**

NOW COMES Defendant, Jemel Knox, by and through counsel, Chekasha Ramsey, and moves the Court to extend pretrial motions deadlines and declare the requested time excludable from the Speedy Trial Act.  In support of this motion, Defendant states and alleges to the Court as follows:

1. On July 29, 2014, Defendant was arraigned on Count I of the Indictment, Possessing a Firearm in violation of Title 18, United States Code, section 922(g)(1) and 924(a)(2).

2. On October 9, 2014, Defendant filed the second Motion to Extend Pretrial Deadlines and Declare Excludable Time from Speedy Trial Act. (Doc. 21)

3. The Court granted the motion and set the Trial for January 12, 2015.  The Court excluded the time from November 4, 2014 to January 12, 2015 excluded from the Speedy Trial Act time.  (Doc. 22)

4. On January 7, 2015, this Court held a hearing on Defendant's Motion to Compel DNA discovery in an Unlocked Format.  At that hearing, the Court scheduled a status conference to be held on March 23, 2015.

1

5. The Court ordered the time between January 7, 2015 and March 23, 2015 excludable from the Speedy Trial Act time as provided for in 18 U.S.C. section 3161(h)(7)(A).

6. The Court also ordered that defense counsel disclose any reports required by Fed. R. Crim. P. 16 by February 27, 2015.

7. During this time, defense expert, Genetic Technologies Incorporated (GTI), continued to conduct independent review of the DNA discovery in this case.

8. On February 24, 2015, defense counsel filed a motion requesting to extend the time in which required to produce and disclose reports that may be required under Fed. R. Crim. P. 16(b). (Doc. 35)

9. The Court granted the motion and ordered that the reports be disclosed by May 25, 2015. (Doc. 36)

10. Defense counsel anticipates the review by GTI will be completed on May 25, 2015. Defendant will be unprepared for Trial until the independent review by Genetic Technologies Incorporated is completed and defense counsel is afforded adequate time to consult with GTI prior to Trial.

11. Attorney for the Government, Terra Morehead, will also need additional time to review any reports submitted by the Defendant prior to Trial.

12. Defense counsel has now consulted with Mr. Knox, who understands his statutory right to a speedy trial, and he does not object to the tolling of the Speedy Trial Act time during the requested extension.

13. Counsel proposes the following dates:

- Status Conference:  June 1, 2015
- Trial: August 3, 2015

14. Failure to grant the continuance would violate Defendant's right to effective assistance of counsel under the 6th Amendment to the United States Constitution.

15. The need for the additional time requested outweighs the best interest of the public and the defendant in a speedy trial, as set out in 18 U.S.C. 3161(h)(7). Although delay resulting from a continuance granted by the district court is not automatically excluded from the Speedy Trial Act's 70-day time limit under 18 U.S.C. § 3161(h)(1), subsection (h)(7) provides "[m]uch of the Act's flexibility," *Zedner v. United States*, 547 U. S. 489, 498 (2009), and gives district courts "discretion . . . to accommodate limited delays for case-specific needs," *id.*, at 499. Delay granted under the ends-of-justice exception may be excluded if the district court makes the findings required by 18 U.S.C. 3161(h)(7). *Bloate v. United States*, 130 S. Ct. 1345, 1357-58 (2010).

16. Attorney for the Government, Terra Morehead, does not object to this request.

WHEREFORE, defense requests that this Court reschedule the status conference and exclude the period from the filing of this motion to the Jury Trial setting for the purposes of calculating deadlines under the Speedy Trial Act.

Respectfully submitted,

s/ Chekasha Ramsey         #78476
Chekasha Ramsey
Assistant Federal Public Defender
For the District of Kansas
500 State Avenue, Suite 201
Kansas City, Kansas 66101
Telephone (913) 551-6911
Fax: (913) 551-6562
E-mail: Che_Ramsey@fd.org

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 10, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ms. Terra Morehead
Assistant United States Attorney
Terra.Morehead@usdoj.gov


            s/ Chekasha Ramsey
            CHEKASHA RAMSEY