IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,   )
                    Plaintiff,   )
                                )
    vs.   )   Case No. 14-20022-01-JAR
                                )
JEMEL KNOX,   )
                    Defendant.   )
                                )

## **ORDER**

NOW on this 13th day of March, 2015, the above-entitled matter comes before the Court upon defendant's "Motion to Continue Trial and Exclude Time from Speedy Trial Act." The Court has reviewed the motion and is fully advised of the premises. Based on detailed information set forth in the motion, the Court finds under 18 U.S.C. § 3161(h)(7)(B) that failure to grant a continuance would unreasonably deny the Defendant the reasonable time necessary to prepare for plea or trial, taking into account the exercise of due diligence. The court further finds that the ends of justice served by granting an extension of time outweighs the best interest of the public and a Defendant in a speedy trial. *United States v. Toombs,* 574 F.3d 1262 (10th Cir. 2009).

IT IS THEREFORE ORDERED, that Defendant's Motion to Continue Trial and Exclude Time from Speedy Trial Act" is hereby sustained.

IT IS FURTHER ORDERED that the status conference is continued to June 1, 2015, a motions hearing is set for August 31, 2015 at 9:00 a.m., and jury trial is set for September 21, 2015 at 9:00 a.m.

2

IT IS FURTHER ORDERED that the period of delay resulting from such a continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).  The time period from March 23, 2015 through September 21, 2015, shall be excluded when calculating speedy trial time.

Dated: March 13, 2015

 S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE