**CLERK'S COURTROOM MOTIONS/MISCELLANEOUS MINUTE SHEET**

UNITED STATES OF AMERICA　　　　　　　AUSA:  Terra Morehead

　　v.　　　　　　　　　　　　　　　　　CASE NO. 14-20022-01-JAR

JEMEL T. KNOX　　　　　　　　　　　　　Deft Atty:  Che Ramsey

| JUDGE: | Julie A. Robinson | DATE: | 6/1/2015 |
|---|---|---|---|
| DEPUTY CLERK: | Bonnie Wiest | REPORTER: | Kelli Stewart |
| INTERPRETER: | | PRETRIAL/PROBATION: | |

## STATUS CONFERENCE

Case comes on before the Court for a status conference.  Defendant appears in custody and with counsel.

The parties advise the court they are ready to proceed to trial and are agreeable with the dates previously established for the motions hearing (8/31/2015 at 9:00 am) and jury trial (9/21/2015 at 9:00 a.m.) – ETT 5 days.   The Court set a deadline of 8/20/2015 to file limine motions and a response deadline of 8/27/2015.

Defendant remanded to custody.