**CLERK'S COURTROOM MOTIONS/MISCELLANEOUS MINUTE SHEET**

UNITED STATES OF AMERICA                AUSA:  Terra Morehead

    v.                                                            CASE NO. 14-20022-01-JAR

JEMEL T. KNOX                                    Deft Atty:  Che Ramsey

| JUDGE: | Julie A. Robinson | DATE: | 8/31/2015 |
|---|---|---|---|
| DEPUTY CLERK: | Bonnie Wiest | REPORTER: | Kelli Stewart |
| INTERPRETER: |  | PRETRIAL/PROBATION: |  |

## LIMINE CONFERENCE

Case comes on before the Court for a limine conference.   Defendant appears in custody and with counsel.

Following argument of counsel, and pursuant to the specific findings set forth in full on the record, the Court rules on defendant's motion as follows:

Motion in Limine filed by Defendant (Doc. 40)
        1.  Moot
        2.  Grant
        3.  Grant
        4.  Grant
        5.  Taken Under Advisement

The Court will issue a written decision.

Housekeeping matters.

Witness & exhibit lists due 9/8/2015.

Defendant remanded to custody.