**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**(KANSAS CITY DOCKET)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | No.   14-20022-01-JAR |
| **JEMEL KNOX,** | ) ) ) | |
| **Defendant.** | ) ) | |

## MOTION FOR PRODUCTION OF WITNESS PURSUANT TO RULE 17(b) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

COMES NOW the Defendant, Jemel Knox, pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure, and moves the Court for an order for the production of the following named witness at the Trial on September 21st, 2015, at 1:30 p.m. in the above-captioned case:

**1.   Johnson County Crime Lab Forensic Scientist Troy Mohrer**

In support of said motion, Defendant states that he is without funds to procure said witness for the continuation of the Trial, is financially unable to pay the fees and expenses for the procurement and production of said witness, and said witness is necessary for an adequate defense.

WHEREFORE, Defendant respectfully prays to the Court for an order directing that a Writ of Habeas Corpus and/or Subpoena be issued for the above-named witness, who is necessary for an adequate defense; that the costs incurred for the procurement and production of said witness be paid by the United States; and that the United States Marshal for the District of Kansas, or his duly appointed deputies, be authorized to disburse such funds necessary to pay the fees and costs

incurred for the procurement and production of said witness at the Trial on September 21, 2015, at 1:30 p.m. in the above-captioned case.

>Respectfully Submitted,
>
>s/Chekasha Ramsey
>CHEKASHA RAMSEY, # 78476
>Assistant Federal Public Defender
>500 State Avenue, Suite 201
>Kansas City, Kansas  66101
>Telephone: (913) 551-6712
>Fax: (913) 551-6562
>E-mail: che_ramsey@fd.org

### CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ms. Terra Morehead
Assistant United States Attorney
terra.morehead@usdoj.gov

>s/ Chekasha Ramsey
>CHEKASHA RAMSEY