IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-20022-01-JAR |
| ) | |
| JEMEL KNOX, ) | |
| Defendant. ) | |
| ) | |

**<u>DEFENDANT'S WITNESS LIST</u>**

COMES NOW, the accused, Jemel Knox, by undersigned counsel, and gives notice to the Court and counsel that he endorses the following witness for trial of the above-captioned matter.

1. Troy Mohrer

Respectfully submitted,

s/ Chekasha Ramsey        #78476
Chekasha Ramsey
Assistant Federal Public Defender
For the District of Kansas
500 State Avenue, Suite 201
Kansas City, Kansas 66101
Telephone (913) 551-6911
Fax: (913) 551-6562
E-mail: Che_Ramsey@fd.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 8, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Terra Morehead
Terra.Morehead@usdoj.gov


                                                    s/ Chekasha Ramsey
                                                    CHEKASHA RAMSEY