IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                Plaintiff, )<br>                           )<br>vs.                                 )      Case No. 14-20022-01-JAR<br>                           )<br>JEMEL KNOX, )<br>                Defendant. )<br>_____ ) | |

### **DEFENDANT'S EXHIBIT LIST**

COMES NOW, the accused, Jemel Knox, by undersigned counsel, and submits his list of proposed exhibits for trial, attached hereto as Exhibit A.

Should counsel for the accused determine during the course of trial preparation that other relevant evidence may be necessary, the accused will immediately file an amendment to his proposed exhibit list.

                Respectfully submitted,

                s/ Chekasha Ramsey          #78476
                Chekasha Ramsey
                Assistant Federal Public Defender
                For the District of Kansas
                500 State Avenue, Suite 201
                Kansas City, Kansas 66101
                Telephone (913) 551-6911
                Fax: (913) 551-6562
                E-mail: Che_Ramsey@fd.org

2

## CERTIFICATE OF SERVICE

      I hereby certify that on September 8, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Terra Morehead
Terra.Morehead@usdoj.gov

                                            s/ Chekasha Ramsey
                                            CHEKASHA RAMSEY

EXHIBIT SHEET

Case No.  14-20022-01-JAR                                          Defendant's Exhibits
            United States v. Knox

| No. | Description | I.D. | Off | Adm | Deposition or Witness |
|---|---|---|---|---|---|
| 401 | Image4.jpeg: Photo of bullet with black end #1 held by Officer with Black Glove | | | | |
| 402 | Image5.jpeg: Photo of bullet with black end #2 held by Officer with Black Glove | | | | |
| 403 | Image7.jpeg: Photo of end of bullet gold color #1 held by Officer with Black Glove | | | | |
| 404 | Image8.jpeg: Photo of bullet with black end #3 held by Officer with Black Glove | | | | |
| 405 | Image9.jpeg: Photo of bullet with gold end #2 held by Officer with Black Glove | | | | |
| 406 | Image10jpeg: Photo #1 Firearm in open suitcase located on top of clothing | | | | |
| 407 | Image11jpeg:  Photo #2 Firearm in open suitcase located on top of clothing | | | | |
| 408 | Image12jpeg: Photo of #3 Firearm in open suitcase on top of red sweater (close up) | | | | |
| 409 | Image13jpeg: Photo of  Firearm #4-in open suitcase on top of red sweater facing opposite direction | | | | |
| 410 | Image14jpeg: Photo of  Firearm #5 in open suitcase on top of red sweater facing opposite direction | | | | |
| 411 | Image15jpeg:  Photo of  trigger of Firearm in open suitcase on top of red sweater | | | | |
| 412 | Image16jpeg: Photo of muzzle of Firearm | | | | |
| 413 | DSCN0325.JPG:  Photo of Upstairs Bedroom 431 Freeman (dark) | | | | |
| 414 | DSCN0326.JPG:  Photo of Upstairs Bedroom 431 Freeman (light) | | | | |

EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| 415 | DSCN0327.JPG:  Photo of Upstairs Bedroom closet431 Freeman (dark) | | | | |
| 416 | DSCN0328.JPG:  Photo of Upstairs Bedroom 431 Freeman (view of open closet and suitcases on the bed) | | | | |
| 417 | DSCN0329.JPG:  Photo of Upstairs Bedroom 431 Freeman (view of carpet) | | | | |
| 418 | DSCN0330.JPG:  Photo of Upstairs Bedroom 431 Freeman Suitcase on Bed lid closed | | | | |
| 419 | DSCN0331.JPG:  Photo Suitcase lid open | | | | |
| 420 | DSCN0332.JPG:  Photo of Suitcase lid open, clothes removed, blue shoe | | | | |
| 421 | DSCN0333.JPG:  Photo Suitcase lid open view of firearm | | | | |
| 422 | DSCN0334.JPG:  Photo of Suitcase lid open view of firearm | | | | |
| 423 | DSCN0335.JPG:  Photo of removed magazine and ammo | | | | |
| 424 | DSCN0337JPG:  Photo of Firearm make and model | | | | |
| 425 | DSCN0338.JPG:  Photo of Firearm removed from Bottom of Suitcase laying on Defendant's clothing | | | | |
| 426 | DSCN0339.JPG:  Photo of toothbrush in suitcase | | | | |
| 427 | DSCN0340.JPG:  Photo of Bullet on open suitcase lid | | | | |
| 428 | DSCN0341JPG  Photo of Bullets on floor | | | | |

EXHIBIT A