# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14-20022-JAR |
| ) | |
| JEMEL KNOX, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S EXHIBIT LIST

The United States of America by and through Terra D. Morehead, Assistant United States Attorney, submit the following attached list of exhibits for the Government's case in chief in the above referenced matter.

Respectfully submitted,

BARRY R. GRISSOM
United States Attorney

*s/ Terra D. Morehead*
Terra D. Morehead
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas   66101
(913) 551-6730
Ks. S. Ct. No. 12759
Terra.Morehead@usdoj.gov

**Certificate of Service**

I hereby certify that on the 8th day of September, 2015, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/ Terra D. Morehead*
Terra D. Morehead
Assistant United States Attorney

**EXHIBIT SHEET**

Case No: 14-20022-JAR                                              Plaintiff Exhibits

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1 | Suitcase and contents | | | | |
| 1a | Plaid Hanes boxers 34/36 | | | | |
| 1b | White T-Shirt SMLS MAFI with green thx leaves 3XT | | | | |
| 1c | Black button down Eight, Seven, Three, Two front 2XL | | | | |
| 1d | Red cargo shorts 34 | | | | |
| 1e | Brui blue jeans 36x34 | | | | |
| 1f | White w/black striping V-neck sleeveless sweater | | | | |
| 1g | Miskeen black jeans 34x32 | | | | |
| 1h | AKAdemekis blue jeans w/red rear stitching 36x32 | | | | |
| 1i | Red w/white striping V-neck sleeveless sweater | | | | |
| 1j | Black Dickie shorts 34 | | | | |
| 1k | Grey short sleeve t-shirt Gen-X 3XL | | | | |
| 1l | "Cashed Out" Grey t-shirt 3XL | | | | |
| 1m | Red bearfaced t-shirt @X | | | | |
| 1n | Fruit of Loom M | | | | |
| 1o | Jordan white and blue Nike shoe Size 9 | | | | |
| 1p | 2 pair white socks | | | | |
| 1q | Blue cloth belt | | | | |
| 2 | One blue sock | | | | |
| 3 | Toothbrush from suitcase | | | | |
| 4 | .223 caliber magazine and one round of .223 caliber ammunition | | | | |
| 5 | 13 rounds .223 caliber BFL ammunition | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 6 | 20 rounds of .223 caliber Remington Wolf ammunition | | | | |
| 7 | 1 round of .223 caliber Remington Wolf ammunition from chamber | | | | |
| 8 | .223 caliber Century Arms Inc. Georgia VT rifle, Model C15 Sporter, serial number CM00280 | | | | |
| 9 | DNA sample from toothbrush | | | | |
| 10 | Cut root from hair | | | | |
| 11 | Swab of textured areas of rifle | | | | |
| 12 | Swab of hand guard/ridge of rifle | | | | |
| 13 | Swab of trigger of rifle | | | | |
| 14 | Swab of pistol grips of rifle | | | | |
| 15 | Swab of stock/grip/upper receiver of firearm | | | | |
| 16 | Swab from magazine | | | | |
| 17 | Swab from chambered round | | | | |
| 18 | Swab from 13 live rounds | | | | |
| 19 | Swab from 23 live rounds | | | | |
| 20 | Swab from live round | | | | |
| 21 | Known DNA swab Jemel Knox | | | | |
| 22 | Facebook post on October 21, 2013 | | | | |
| 23 | Facebook post on Sunday, December 15, 2013 @ 4:00pm | | | | |
| 24 | Facebook post on Friday, December 20, 2013 @ 7:25am | | | | |
| 25 | Facebook post on Friday, December 20, 2013 @ 1:16pm | | | | |
| 26 | Facebook post on Friday, December 20, 2013 @ 1:16pm | | | | |
| 27 | Facebook post on Friday, December 20, 2013 @ 1:16pm | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 28 | Facebook post on Friday, December 27, 2013 @ 8:07am | | | | |
| 29 | Facebook post on Saturday, December 28, 2013 @ 7:07pm | | | | |
| 30 | Facebook post on Tuesday, December 31, 2013 @ 5:54pm | | | | |
| 31 | Facebook post on Wednesday, January 1, 2014 @ 6:48pm | | | | |
| 32 | Facebook post on Friday, January 17, 2017 @ 9:29am | | | | |
| 33 | Facebook post on Friday, January 17, 2014 @ 9:30am | | | | |
| 34 | Facebook post on Saturday, January 18, 2014 @ 4:29am | | | | |
| 35 | Facebook post on Saturday, January 18, 2014 @ 10:19am | | | | |
| 36 | Facebook post on Saturday, January 18, 2014 @ 10:20am | | | | |
| 37 | Facebook post on Saturday, January 18, 2014 @ 10:20am | | | | |
| 38 | Facebook post on Saturday, January 18, 2014 @ 1:23pm | | | | |
| 39 | Facebook post on Sunday, January 19, 2014 | | | | |
| 40 | Facebook post on Sunday, January 19, 2014 at 12:56am | | | | |
| 41 | Facebook post on Sunday, January 19, 2014 at 12:56am | | | | |
| 42 | Facebook post on Sunday, January 19, 2014 at 12:56am | | | | |
| 43 | Facebook post on Sunday, January 19, 2014 at 12:56am | | | | |
| 44 | Facebook post on Sunday, January 19, 2014 at 1:00am | | | | |
| 45 | Facebook post on Sunday, January 19, 2014 at 1:00am | | | | |
| 46 | Facebook post on Sunday, January 19, 2014 at 1:00am | | | | |
| 47 | Facebook post on Sunday, January 19, 2014 at 1:00am | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 48 | Facebook post on Sunday, January 19, 2014 at 1:02am | | | | |
| 49 | Facebook post on Sunday, January 19, 2014 at 1:02am | | | | |
| 50 | Facebook post on Sunday, January 19, 2014 at 1:02am | | | | |
| 51 | Facebook post on Sunday, January 19, 2014 at 1:02am | | | | |
| 52 | Facebook post on Sunday, January 19, 2014 at 6:50pm | | | | |
| 53 | Facebook post on Monday, January 20, 2014 at 7:45am | | | | |
| 54 | Facebook post on Thursday, January 23, 2014 at 1:41pm | | | | |
| 55 | Facebook post on Thursday, January 23, 2014 | | | | |
| 56 | Facebook post on Thursday, January 23, 2014 at 7:21pm | | | | |
| 57 | Facebook post on Thursday, January 23, 2014 at 7:22pm | | | | |
| 58 | Facebook post on Thursday, January 23, 2014 at 7:23pm | | | | |
| 59 | Facebook post on Thursday, January 23, 2014 at 7:23pm | | | | |
| 60 | Facebook post on Thursday, January 23, 2014 at 7:23pm | | | | |
| 61 | Facebook post on Thursday, January 23, 2014 at 7:23pm | | | | |
| 62 | Facebook post on Thursday, January 23, 2014 at 7:27pm | | | | |
| 63 | Facebook post on Thursday, January 23, 2014 at 7:27pm | | | | |
| 64 | Facebook post on Thursday, January 23, 2014 at 7:31pm | | | | |
| 65 | Facebook post on Thursday, January 23, 2014 at 11:15pm | | | | |
| 66 | Facebook post on Thursday, January 23, 2014 at 11:16pm | | | | |
| 67 | Facebook post on Thursday, January 23, 2014 at 1:41pm | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 68 | Facebook post on Friday, January 24, 2014 at 7:11am | | | | |
| 69 | Facebook post on Monday, January 27, 2014 at 7:53am | | | | |
| 70 | Facebook post on Monday, January 27, 2014 at 7:53am | | | | |
| 71 | Facebook post on Monday, January 27, 2014 at 7:53am | | | | |
| 72 | Facebook post on Monday, January 27, 2014 at 8:14pm | | | | |
| 73 | Facebook post on Monday, January 27, 2014 at 8:14pm | | | | |
| 74 | Facebook post on Monday, January 27, 2014 at 8:14pm | | | | |
| 75 | Facebook post on Monday, January 27, 2014 at 8:14pm | | | | |
| 76 | Facebook post on Monday, January 27, 2014 at 8:14pm | | | | |
| 77 | Facebook post on Monday, January 27, 2014 at 8:15pm | | | | |
| 78 | Facebook post on Tuesday, January 28, 2014 at 7:53pm | | | | |
| 79 | Facebook post on Tuesday, January 28, 2014 at 7:55pm | | | | |
| 80 | Facebook post on Tuesday, January 28, 2014 at 7:55pm | | | | |
| 81 | Facebook post on Tuesday, January 28, 2014 at 7:55pm | | | | |
| 82 | Facebook post on Tuesday, January 28, 2014 at 7:57pm | | | | |
| 83 | Facebook post on Thursday, January 30, 2014 at 9:02am | | | | |
| 84 | Facebook post on Thursday, January 30, 2014 at 10:40am | | | | |
| 85 | Facebook post on Thursday, January 30, 2014 at 9:12pm | | | | |
| 86 | Facebook post for January 31, 2014, and February 1, 2014 | | | | |
| 87 | Facebook post on Sunday, February 2, 2014 at 12:21pm | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 88 | Facebook post on Sunday, February 2, 2014 at 12:22pm | | | | |
| 89 | Facebook post on Sunday, February 2, 2014 at 12:22pm | | | | |
| 90 | Facebook post on Monday, February 3, 2014 at 4:01pm | | | | |
| 91 | Facebook post on Tuesday, February 4, 2014 at 6:05pm | | | | |
| 92 | Facebook post on Wednesday, February 5, 2014 at 8:27pm | | | | |
| 93 | Facebook post on Thursday, February 6, 2014 at 4:07am | | | | |
| 94 | Photograph of 431 Freeman, Kansas City, Kansas | | | | |
| 95 | Photograph of livingroom area | | | | |
| 96 | Photograph of stairs leading to upstairs area | | | | |
| 97 | Photograph of bed in upstairs bedroom | | | | |
| 98 | Photograph of bedroom closet and bed | | | | |
| 99 | Photograph of floor in bedroom | | | | |
| 100 | Photograph of suitcase | | | | |
| 101 | Photograph of deodorant & toothbrush in suitcase | | | | |
| 102 | Photograph of round of ammunition in suitcase | | | | |
| 103 | Photograph of opened suitcase | | | | |
| 104 | Photograph of inside of suitcase | | | | |
| 105 | Photograph of items in bottom of suitcase | | | | |
| 106 | Photograph of .223 caliber Century Arms Inc. Georgia VT rifle, Model C15 Sporter, serial number CM00280 (left side) and magazine inside suitcase | | | | |
| 107 | Photograph of .223 caliber Century Arms Inc. Georgia VT rifle, Model C15 Sporter, serial number CM00280 (right side) | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 108 | Photograph of loaded firearm magazine | | | | |
| 109 | Facebook posts from January 31 | | | | |
| 110 | Photograph from Facebook post depicting Jemel Knox and Alicia Young | | | | |
| 111 | | | | | |
| 112 | | | | | |
| 113 | | | | | |
| 114 | | | | | |
| 115 | | | | | |
| 116 | | | | | |
| 117 | | | | | |
| 118 | | | | | |
| 119 | | | | | |
| 120 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |