IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JEMEL KNOX,<br><br>    Defendant. | Case No. 15-20022-JAR |

## GOVERNMENT PROPOSED WITNESS LIST

The United States of America by and through the undersigned Assistant United States Attorney Terra D. Morehead submits the following list of proposed witnesses for the Government's case in chief in the above referenced matter:

1. Jessica Van Ackeren
2. Jeremiah Norris
3. Ross Capps
4. Troy Mohror
5. Arch Gothard
6. Kevin Finley
7. John Hauger
8. Mark Colburn
9. Gordon Mallory
10. Nathan Vansickle
11. Douglas Spillers
12. Larry Chronister

1

13. John Cooley

14. Michael Bailey

15. Michael Valentine

16. Lindsey Kurtz

17. Cynthia McBee

18. Alecia Young

19. Bianca Wilson

20. Gary Borstelman

21. Allison Cohen

22. Johnson County Sheriff's Office Personnel

23. CCA of Leavenworth Personnel

Respectfully submitted,

BARRY R. GRISSOM
United States Attorney

*s/ Terra D. Morehead*
TERRA D. MOREHEAD
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas   66101
(913) 551-6730
Ks. S. Ct. No. 12759
Terra.Morehead@usdoj.gov

## Certificate of Service

I hereby certify that on September 8, 2015, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

*s/ Terra D. Morehead*
TERRA D. MOREHEAD
Assistant United States Attorney
