CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

JEMEL T. KNOX

Case No: 14-20022-01-JAR
AUSA: Terra Morehead
Deft. Atty.: Che Ramsey

| | | | |
|---|---|---|---|
| JUDGE: | James P. O'Hara | DATE: | September 16, 2015 |
| DEPUTY CLERK: | Kathy Grant | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | N/A | PRETRIAL/PROBATION: | N/A |

Length of Hearing: ____ Hr(s) Min(s) 45     Location: Kansas City, Kansas
Hearing Concluded  X  Yes  ___ No

## PROCEEDINGS

( ) Arraignment and Plea         (X) Change of Plea (Conditional)      ( ) Appearance
(X) Felony                       ( ) Misdemeanor                        ( ) Petty

( ) Interpreter                  ( ) Appointed                          ( ) Sworn
(X) Consent to Proceed with Guilty Plea Before a U.S. Magistrate Judge in a Felony Case executed
(X) Defendant placed under oath
(X) Charges and penalties explained
(X) Constitutional rights explained       ( ) Felony       ( ) Misdemeanor
( ) Defendant declined to waive indictment   ( ) Will be presented by next Grand Jury
( ) Signed Waiver of Indictment
( ) Advised of rights under               ( ) Rule 20
( ) Signed Consent to Transfer (Rule 20)
(X) Petition to Enter Plea Filed          ( ) Plea Agreement Attached
( ) Transfer under Rule 40 to:

(X) ARRAIGNMENT AND PLEA:                                    ( ) No. of Counts ___
    (X) Waived Reading of  (X) Indictment  ( ) Information   ( ) Read to Defendant
    ( ) Previous Plea      ( ) Guilty      ( ) Not Guilty     Counts:_____Withdrawn
    (X) Guilty                                                Count:    1    Accepted
    ( ) Not Guilty                                            Counts: ___

(X) Judgment Deferred
(X) P.S.I. Ordered
( ) Sentencing Date:  December 7, 2015, at 9:00 a.m. before U.S. District Judge Julie A. Robinson
( ) Release Order continued

Miscellaneous: Government requested a preliminary order of forfeiture. Defendant reserves his right to appeal on the issue of suppression before Judge Robinson.