IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-20022-01-JAR |
| ) | |
| JEMEL KNOX, ) | |
| Defendant. ) | |
| _____ ) | |

**CONSENT TO PROCEED WITH GUILTY PLEA BEFORE
A UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE**

I, Jemel Knox, have been fully informed and advised by my attorney of record, Chekasha Ramsey, of my legal right to enter a plea of guilty in this criminal case before a U.S. District Judge. Knowingly and voluntarily, I hereby waive (that is, give up) my right to enter my guilty plea before a U.S. District Judge. And I hereby consent to entering my guilty plea before U.S. Magistrate Judge O'Hara.

_____
Jemel Knox, Defendant

_____
Chekasha Ramsey, Attorney for Defendant

Dated: September 16, 2015

Before: _____
James P. O'Hara
U. S. Magistrate Judge