IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA, )
                Plaintiff, )
                           )
vs.                           )    Case No. 14-20022-01-JAR
                           )
JEMEL KNOX, )
                Defendant. )
_____)

## PETITION TO ENTER CONDITIONAL PLEA UNDER RULE 11(a)(2) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

The Defendant, Jemel Knox, represents to the Court:

(1) My full name true name is Jemel Knox.

    I am 32 years old.

    I have a GED.

    I request that all proceedings against me be in my true name.

(2) I am represented by a lawyer, her name is Chekasha Ramsey.

(3) I received a copy of the Indictment before being called upon to plead. I read the Indictment and have discussed it with my lawyer. I fully understand every charge made against me in the Indictment and have discussed it with my lawyer.

(4) I told my lawyer all the facts and circumstances known to me about the charges made against me in the Indictment. I believe that my lawyer is fully informed on all such matters.



(5) My guilty plea is entered pursuant to Rule 11(a)(2) of the Federal Rules of Criminal procedure. I hereby reserve my right to have an appellate court review this Court's adverse determination of my Pretrial Motion to Suppress Evidence (Doc. 23). If I prevail on appeal, I may then withdraw my guilty plea.

_[signature]_
Defendant, Jemel Knox

_[signature]_
Attorney, Chekasha Ramsey

_[signature]_
Attorney for the Government,

Terra Morehead

Respectfully submitted,

s/ Chekasha Ramsey          #78476
Chekasha Ramsey
Assistant Federal Public Defender
For the District of Kansas
500 State Avenue, Suite 201
Kansas City, Kansas 66101
Telephone (913) 551-6911
Fax: (913) 551-6562
E-mail: Che_Ramsey@fd.org