IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,   )<br>                              )   Case No. 14-20022-01-JAR-JPO<br>    v.                        )<br>                              )<br>JEMEL KNOX,                   )<br>                              )<br>            Defendant.        )<br>_____) | |

## **MOTION FOR PRELIMINARY FORFEITURE ORDER**

COMES NOW the United States by and through Barry R. Grissom, United States Attorney for the District of Kansas and Robin L. Sommer, Special Assistant United States Attorney, and moves the Court to enter a Preliminary Forfeiture Order forfeiting any and all interest of the defendant in the personal property identified in the Forfeiture Allegation of the Indictment, as more specifically set out below.   In support of this motion, the United States, states the following:

1. On September 16, 2015, defendant Jemel Knox entered his plea to Count 1 of the Indictment filed herein on February 19, 2014. (Doc. 2).  At his plea hearing, the defendant verbally agreed not to contest the Forfeiture Allegation of the Indictment, and agreed to forfeit all right, title and interest in the personal property which is identified in the Forfeiture Allegation.

2. The property subject to forfeiture as a result of the plea agreement includes:

    (a) .223 caliber Century Arms Inc. Georgia VT Rifle, Model C15 Sporter, serial number CM00280.

3. Based upon the evidence set forth in the Petition to Enter Plea of Guilty and Order Entering Plea (Doc. 51), the United States has established the requisite nexus between the property identified above and the offense to which the defendant has pled guilty.  Accordingly, the property listed in paragraph 2 is subject to forfeiture to the United States pursuant to 18 U.S.C. §

924(d), and 28 U.S.C. § 2461(c).

4. Upon the entry of the Preliminary Order of Forfeiture, the United States will proceed to give notice to any third parties who may have an interest in the property and dispose of the property according to law.

Wherefore, for the reasons stated above, the United States respectfully requests that the Court grant its motion and enter a Preliminary Order of Forfeiture.

Respectfully Submitted,

Barry R. Grissom
United States Attorney

/s/ Robin L. Sommer
ROBIN L. SOMMER, #19376
Special Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
robin.sommer@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2015, I caused the above document to be electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record for defendant.

/s/ Robin L. Sommer
ROBIN L. SOMMER #19376