IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14-20022-01-JAR |
| ) | |
| JEMEL KNOX, ) | |
| Defendant. ) | |

## MOTION TO EXTEND TIME TO FILE OBJECTIONS AND CONTINUE SENTENCING HEARING

Defendant, Jemel Knox, by and through Counsel, Chekasha Ramsey, moves the Court to continue the sentencing hearing. In support of this motion, Defendant states and alleges to the Court as follows:

1. On September 16, 2015, Mr. Knox plead guilty to Count I of the Indictment, which is Felon in Possession of a Firearm.

2. The Presentence Investigation Report was submitted to the defense counsel on November 10, 2015.

3. Defendant's objections to the PSR are due on November 24, 2015.

4. Defense counsel requires additional records from Corrections Corporation of America to lodge the necessary objections to the PSR.

5. Defense counsels requests for the necessary records has been made but the records have not been received.

6. As a guilty plea has been entered, no Speedy Trial issues are present.

7. Government Counsel, Terra Morehead, does not object to this request.

8. The parties propose the following dates:

- Objections due December 4, 2015

- Response Due December 11, 2015

- Sentencing Hearing January 4th or 11th, 2016

WHEREFORE, for the foregoing reasons, Mr. Knox requests an extension to file objections to the PSR and a continuance of the sentencing.

>Respectfully submitted,
>
>s/ Chekasha Ramsey
>CHEKASHA RAMSEY, #78476
>Assistant Federal Public Defender
>500 State Avenue, Suite 201
>Kansas City, Kansas   66101
>Telephone: (913) 551-6712
>Fax: (913) 551-6562
>E-mail: che_ramsey@fd.org

**CERTIFICATE OF SERVICE**

I certify that on November 24, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ms. Terra Morehead
Assistant United States Attorney
Terra.Morehead@usdoj.gov

>s/ Chekasha Ramsey
>CHEKASHA RAMSEY, #78476
>Assistant Federal Public Defender
>500 State Avenue, Suite 201
>Kansas City, Kansas   66101
>Telephone: (913) 551-6712
>Fax: (913) 551-6562
>E-mail: che_ramsey@fd.org