IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
|                     Plaintiff,        ) | |
|                                                ) | |
| vs.                                          ) | Case No. 14-20022-01-JAR |
|                                                ) | |
| JEMEL KNOX,                          ) | |
|                     Defendant.    ) | |
|                                                ) | |

**ORDER**

NOW on this 24th day of November, 2015, the above-entitled matter comes before the Court upon defendant's "Motion to Extend Time to File Objections and Continue Sentencing Hearing." The Court has reviewed the motion and is fully advised of the premises. Based on detailed information set forth in the motion, the Court finds under 18 U.S.C. § 3161(h)(7)(B) that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary to prepare sentencing.

IT IS THEREFORE ORDERED, that defendant's Motion to Extend Time to File Objections and Continue Sentencing Hearing is hereby sustained.

IT IS FURTHER ORDERED that the objections deadline is set for December 4, 2015. The response deadline is set for December 11, 2015. The sentencing hearing is scheduled for January 4, 2016 at 9:00 a.m.

Dated: November 24, 2015

 S/ Julie A. Robinson
 JULIE A. ROBINSON
 UNITED STATES DISTRICT JUDGE