IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NUMBER: 14-20022-01-JAR |
| ) | |
| JEMEL T. KNOX, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSES TO OBJECTIONS TO THE PRESENTENCE REPORT AND**
**MOTION FOR CONTINUANCE OF SENTENCING HEARING**

The United States of America, by and through undersigned counsel, respectfully requests a continuance of the sentencing hearing scheduled for January 4, 2016. In support of this motion, the government states:

1. On November 10, 2015, the preliminary Presentence Report (PSR) was prepared and distributed to counsel. On November 24, 2015, the defendant filed a request for an extension of time to file objections. (Doc. 60.) The Court granted the extension of time setting the deadline for December 4, 2015, with Government objections due on December 11, 2015, and the sentencing continued until January 4, 2016. (Doc. 61.)

2. The PSR did not award the defendant acceptance of responsibility, based upon an allegation that he was in possession of contraband at CCA following his guilty plea and while awaiting sentencing, which is the basis for the sole objection by the defendant to the PSR. It is anticipated that charges will be forthcoming regarding the defendant's possession of contraband while at CCA, which the Government expects will result in litigation that could affect the objection made to the PSR.

3. The Government would request an extension of time within which to file its response to the objection until December 24, 2015, and to continue the sentencing hearing to February 22, 2015.

4. The Government contacted defense counsel, Che Ramsey, and she has no objection to the stated relief.

THEREFORE, it is respectfully requested that the Court grant an extension of time within which the Government can respond to the objection to the PSR until December 24, 2015, and for a continuance of the sentencing hearing until February 22, 2015.

WHEREFORE, the United States prays that the relief requested be granted.

Respectfully Submitted,

Barry R. Grissom
United States Attorney
District of Kansas

 s/ Terra D. Morehead
Terra D. Morehead, #12759
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
(913) 551-6730
(913) 551-6541 (facsimile)
Terra.Morehead@usdoj.gov

### CERTIFICATE OF SERVICE

I certify that on December 11, 2015, this Motion was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

 s/ Terra D. Morehead
Terra D. Morehead, #12759
Assistant United States Attorney