IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
    *Plaintiff,*

v.                                      **CASE NO. 14-20022-01-JAR**

**JEMEL KNOX,**
    *Defendant.*

**MOTION TO CONTINUE SENTENCING HEARING**

Jemel Knox, by and through counsel, Chekasha Ramsey, respectfully requests that the Court continue the sentencing hearing in the above-captioned case.

1. The defendant, Jemel Knox, currently has two cases pending – Case No. 14-20022-01-JAR and Case No. 15-20103-01-JAR.

2. Sentencing in this case is currently scheduled for March 7, 2016.

3. Case No. 15-20103-01-JAR is inextricably tied to the case now pending in front of this Court because a central issue pending in the sentencing in Case No. 14-20022-JAR is the Court's determination whether the defendant should receive acceptance of responsibility reduction pursuant to U.S.S.G. § 3E1.1.

4. The basis for the denial of acceptance of responsibility reduction in the PSR involve some of the allegations being used to support the Indictment in Case No. 15-20103-01-JAR.

5. The parties jointly agree that a more efficient administration of justice would occur if sentencing in this case takes place after Case No. 15-20103-01-JAR is resolved.

6. The next scheduled court appearance in Case No. 15-20103-01-JAR is a status conference scheduled on March 21, 2016.

7. To achieve effective tracking of the cases, counsel request the sentencing hearing be continued to March 21, 2016.

8. Attorney for the Government, Terra Morehead, does not object to this request.

WHEREFORE, defense requests that this Court continue the sentencing hearing in the above-captioned case.

                        Respectfully submitted,

                        s/ Chekasha Ramsey
                        Chekasha Ramsey, #78476
                        Assistant Federal Public Defender
                        For the District of Kansas
                        500 State Avenue, Suite 201
                        Kansas City, Kansas 66101
                        Telephone (913) 551-6911
                        Fax: (913) 551-6562
                        E-mail: Che_Ramsey@fd.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 1, 2016 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ms. Terra Morehead
Assistant United States Attorney
Terra.Morehead@usdoj.gov


                                    s/ Chekasha Ramsey
                                    CHEKASHA RAMSEY