IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
  *Plaintiff,*

v.          **CASE NO. 14-20022-01-JAR**

**JEMEL KNOX,**
  *Defendant.*

## ORDER

NOW on this 1st day of March, 2016, the above-captioned matter comes before the Court on Defendant's Motion to Continue Sentencing Hearing. After being duly advised in the matter, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED BY THE COURT that the Sentencing Hearing in this matter be continued from March 7, 2016, until March 21, 2016 at 8:45 a.m.

IT IS SO ORDERED.

Dated: March 1, 2016

             S/ Julie A. Robinson
            JULIE A. ROBINSON
            UNITED STATES DISTRICT JUDGE