**CLERK'S COURTROOM MOTIONS/MISCELLANEOUS MINUTE SHEET**

UNITED STATES OF AMERICA         AUSA:  Terra Morehead

   v.                                CASE NO. 15-20103-01-JAR
                                               14-20022-01-JAR
JEMEL T. KNOX

                                         Deft Atty:  Che Ramsey

| JUDGE: | Julie A. Robinson | DATE: | 3/21/2016 |
|---|---|---|---|
| DEPUTY CLERK: | Bonnie Wiest | REPORTER: | Kelli Stewart |
| INTERPRETER: |  | PRETRIAL/PROBATION: |  |

## STATUS CONFERENCE

Case comes on before the Court for a status conference.  Defendant appears in custody and with counsel.

The Court sets the following deadlines and hearings:

| | |
|---|---|
| Motion deadline: | 5/2/2016 |
| Response deadline: | 5/16/2016 |
| Motions hearing: | 5/23/2016 at 9:00 a.m. |
| Jury Trial: | 7/26/2016 at 9:00 a.m. |
| ETT: | 3 days |

The Court will issue a Scheduling Order.

Sentencing is continued in Case No. 14-20022 to 7/26/2016 at 9:00 a.m. for tracking purposes.

Defendant remanded to custody.