## CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

### SENTENCING

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.                      Case No:   14-20022-01

**JEMEL T. KNOX (01),**

        Defendant.

**Atty for Govt: Terra Morehead**
**Atty for Deft: Che Ramsey**

| JUDGE: | Julie A. Robinson | DATE: | 10/27/2016 |
|---|---|---|---|
| CLERK: | Sharon Scheurer | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | none | PRETRIAL/PROBATION: | John Derby |

☒ For Details of Sentence See Judgment and Commitment Order

☐ Restitution Ordered under 18:3663    $ _____ on count(s)
                                                          $ _____ on count(s)

☐ **Total Restitution:**                  $

☐ Defendant Fined                    $ _____ on count(s) _____
                                                $ _____ on count(s)

☐ **Total Fine:**                           $

☒ Defendant Assessed under 18:3013    $ 100.00    on count(s) count 1 indictment
                                                    $ _____ on count(s)

☒ **Total Assessment:**             $ **100.00**

☒ Count(s) REMAINING counts and Case No: 15-20103-01 dismissed by the court on the motion of the United States.
☒ Government ☒ Defendant   - Advised of right to appeal
☐ Defendant to voluntarily surrender:
☒ Defendant remanded to custody
☐ Stay of Execution   ☐ Granted   ☐ Denied
☒ Notes:   The parties submit a post conviction agreement to the court. The court finds that the defendant has voluntarily and knowinly signed the post conviction agreement and accepts the same.   Objections to PSIR are withdrawn. Defendant sentenced to imprisonment for a term of 60 months, 3 years of supervised release to follow – as set forth in full on the record. The court orders forfeiture pursuant to the preliminary order of forfeiture previously issued in this case. The court recommends placement in either FCI Greenville or Pekin, IL at the request of the defendant.