FILED IN OPEN COURT
10-27-2016
TIMOTHY M. O'BRIEN, CLERK
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                Case Nos. 14-20022-01-JAR &
                                             15-20103-01-JAR

JEMEL T. KNOX,

        Defendant.

## POST-CONVICTION AGREEMENT

The United States of America, by and through Assistant United States Attorney, Terra D. Morehead, and Jemel T. Knox, the defendant, personally and by and through defendant's counsel, Chekasha Ramsey, in consideration of a joint resolution of those issues raised in the Presentence Investigation Report (PSR), filed herein on July 21, 2016 (Doc. 69), and the pending charges in 15-20103-01-JAR, the parties hereby enter into the following post-conviction agreement:

1)     In case number 14-20022-01-JAR, the defendant withdraws the objection to the PSR's failure to apply the adjustment for Acceptance of Responsibility, pursuant to U.S.S.G. § 3E1.1. The parties jointly recommend to the Court a binding sentencing recommendation in case number 14-20022-01-JAR as to Count 1, a sentence of 60 months' imprisonment, 3 years of supervised release, and a $100 special assessment, for the defendant's conviction for Felon in Possession of a Firearm.

2)   The Government believes the defendant's concession referenced in ¶ 1 resulting in his loss of acceptance of responsibility, adequately addresses the 18 U.S.C. § 3553 factors as it relates to the defendant, and, as such, further agrees at the time of sentencing in case number 14-20022-01-JAR, to dismiss with prejudice the charges in case number 15-20103-01-JAR.

*Terra D. Morehead*      Date: 10/15/16
TERRA D. MOREHEAD, # 12759
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
(913)551-6730 (telephone)
(913)551-6541 (facsimile)
email: terra.morehead@usdoj.gov

*[signature]*      Date: 10-14-16
SCOTT C. RASK, # 15643
AUSA/Criminal Coordinator

*[signature]*      Date: 10-27-16
JEMEL T. KNOX
Defendant

*[signature]*      Date: 10-27-16
CHEKASHA RAMSEY
Attorney for defendant Jemel T. Knox
Office of Federal Public Defender – KCK
500 State Avenue, Suite 201
Kansas City, Kansas 66101
(913) 551-6562
Ks.Ct. #78476