IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>JEMEL T. KNOX,<br>            Defendant. | }<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>} | Case No. 14-CR-20022-JAR<br><br>Hon. Julie A. Robinson<br>United States Judge,<br>Presiding |

---

**NOTICE OF APPEAL**

Notice is hereby given that the Defendant, Jemel T. Knox, hereby appeals to the United States

Court of Appeals for the Tenth Circuit from the Judgment this Court entered in the above

captioned case on October 28, 2016.

Date: November 2, 2016

Respectfully submitted,

s/ Chekasha Ramsey        #78476
Chekasha Ramsey
Assistant Federal Public Defender
For the District of Kansas
500 State Avenue, Suite 201
Kansas City, Kansas 66101
Telephone (913) 551-6911
Fax: (913) 551-6562
E-mail: Che_Ramsey@fd.org
COUNSEL FOR DEFENDANT

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2016, I electronically filed the foregoing with the Clerk

of the Court by using the CM/ECF system which will send a notice of electronic filing to the

following:

Ms. Terra Morehead
Assistant United States Attorney
Terra.morehead@usdoj.gov

s/ Chekasha Ramsey        #78476
Chekasha Ramsey