CLOSED,APPEAL

# U.S. District Court
## DISTRICT OF KANSAS (Kansas City)
## CRIMINAL DOCKET FOR CASE #: 2:14−cr−20022−JAR All Defendants

Case title: USA v. Knox
Other court case number: 2004CR1296 District Court of Wyandotte County, Kansas
Magistrate judge case number: 2:14−mj−08030−JPO

Date Filed: 02/19/2014
Date Terminated: 10/28/2016

Assigned to: District Judge Julie A. Robinson

**Defendant (1)**

**Jemel T. Knox**     represented by     **Chekasha F. Ramsey**
*11361−031*                                          Office of Federal Public Defender − KCK
*CUSTODY*                                    500 State Avenue, Suite 201
*TERMINATED: 10/28/2016*            Kansas City, KS 66101−2400
913−551−6712
Fax: 913−551−6562
Email: che_ramsey@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Number: 78476*
*Bar Status: WDMO Active*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:922(g)(1) and 924(a)(2) −− Felon in Possession of a Firearm. Forfeiture Allegations. (Indictment Filed 02/19/2014.) (1) | The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 60 months. Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 26:5841, 5861(d), 5861(f), and 5871 −− Received and Possessed an Unregistered Firearm. Forfeiture Allegations. (Indictment | Dismissed |

Filed 02/19/2014.)
(2)

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 18:922(g) –– Felon in Possession of a Firearm. (Complaint Filed 2/7/14.) | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Robin Lynn Sommer**<br>Office of District Attorney – 18th Judicial District<br>535 North Main<br>Wichita, KS 67203–3747<br>316–660–3670<br>Email: annette.gurney@usdoj.gov<br> *TERMINATED: 08/02/2016*<br>LEAD ATTORNEY<br>*Designation: Retained*<br>*Bar Number: 19376*<br>*Bar Status:* **Inactive**<br><br>**Terra D. Morehead**<br>Office of United States Attorney – Kansas City<br>500 State Avenue, Suite 360<br>Kansas City, KS 66101<br>913–551–6730<br>Fax: 913–551–6541<br>Email: Terra.Morehead@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br>*Bar Number: 12759*<br>*Bar Status: Active* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/07/2014 | 1 | | COMPLAINT as to Jemel T. Knox (1). (mm) [2:14−mj−08030−JPO] (Entered: 02/07/2014) |
| 02/19/2014 | 2 | | INDICTMENT (With Forfeiture Allegations) as to Jemel T. Knox (1) on counts |

| | | | |
|---|---|---|---|
| | | | 1 and 2. (mg) (Entered: 02/20/2014) |
| 06/25/2014 | 3 | | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Jemel T. Knox. (Morehead, Terra) (Entered: 06/25/2014) |
| 06/26/2014 | 4 | | ORDER granting 3 Motion for Writ of Habeas Corpus ad prosequendum as to Jemel T. Knox (1). Signed by Magistrate Judge James P. O'Hara on 6/26/14. (mm) (Entered: 06/26/2014) |
| 06/26/2014 | 5 | | WRIT OF HABEAS CORPUS AD PROSEQUENDUM ISSUED as to Jemel T. Knox for 7/29/14. (mm) (Entered: 06/26/2014) |
| 07/28/2014 | 6 | | NOTICE OF HEARING as to Defendant Jemel T. Knox. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. The initial appearance is rescheduled for 7/29/2014 at 11:00 AM (instead of 1:30 PM) in Courtroom 223 before Magistrate Judge James P. O'Hara. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (kg) (Entered: 07/28/2014) |
| 07/29/2014 | | | ARREST of Jemel T. Knox. (mg) (Entered: 07/29/2014) |
| 07/29/2014 | 7 | | MINUTE ENTRY for proceedings held before Magistrate Judge James P. O'Hara: ARRAIGNMENT/DISCOVERY/RULE 5 HEARINGS as to Jemel T. Knox (1) on Counts 1 and 2 of the 2 Indictment held on 7/29/2014. Federal Public Defender appointed as counsel for defendant. Detention Hearing waived. Oral motion by USA for pretrial detention of defendant deemed moot as defendant waived a detentioin hearing. Case Management Meet and Confer: 08/12/2014, at 9:00 AM. Speedy Trial Act motions filed by:08/25/2014. Status Conference set for 9/2/2014 at 09:00 AM in Courtroom 427 (JAR) before District Judge Julie A. Robinson. Detention ordered; defendant remanded to custody. (mg) (Entered: 07/29/2014) |
| 07/29/2014 | 8 | | CJA 23 FINANCIAL AFFIDAVIT by Jemel T. Knox. (mg) (Entered: 07/29/2014) |
| 07/29/2014 | 9 | | WAIVER OF DETENTION HEARING by Jemel T. Knox. (mg) (Entered: 07/29/2014) |
| 07/29/2014 | 10 | | ORDER OF DETENTION PENDING TRIAL as to Jemel T. Knox. Signed by Magistrate Judge James P. O'Hara on 07/29/2014. (mg) (Entered: 07/29/2014) |
| 07/29/2014 | 11 | | PRETRIAL ORDER NO. 1 ENTERED as to Jemel T. Knox: Meet and Confer conference in the Office of US Attorney scheduled for 08/12/2014 at 9:00 AM. Motion to extend speedy trial deadline due by 08/25/2014. Status Conference set for 9/2/2014 at 09:00 AM in Courtroom 427 (JAR) before District Judge Julie A. Robinson. Signed by Magistrate Judge James P. O'Hara on 07/29/2014. (mg) (Entered: 07/29/2014) |
| 07/29/2014 | 12 | | ENTRY OF APPEARANCE: by attorney Chekasha F. Ramsey appearing for Jemel T. Knox. (Ramsey, Chekasha) (Entered: 07/29/2014) |
| 08/25/2014 | 13 | | MOTION to Toll Speedy Trial Act by Jemel T. Knox. (Ramsey, Chekasha) (Entered: 08/25/2014) |
| 09/02/2014 | 14 | | MINUTE ENTRY for proceedings held before District Judge Julie A. Robinson: STATUS CONFERENCE as to Jemel T. Knox held on 9/2/2014. |

| Date | # | | Description |
|---|---|---|---|
| | | | (Court Reporter Kelli Stewart.) (bw) (Entered: 09/02/2014) |
| 09/02/2014 | 15 | | ORDER TO TOLL SPEEDY TRIAL granting as to Jemel T. Knox the 13 Joint Motion to Toll Speedy Trial. Pretrial motions are due by 9/26/2014. Response deadline is 10/6/2014. Motion Hearing/Status Conference is set for 10/27/2014 at 09:00 AM in Courtroom 427 (JAR) before District Judge Julie A. Robinson. Jury Trial is set for 11/3/2014 at 09:00 AM in Courtroom 427 (JAR) before District Judge Julie A. Robinson. The time period from 09/02/2014 through 11/03/2014 shall be excluded when calculating speedy trial time. Signed by District Judge Julie A. Robinson on 09/02/2014. (mg) (Entered: 09/02/2014) |
| 09/17/2014 | 16 | | NOTICE OF HEARING (DATE CHANGE) as to Defendant Jemel T. Knox: THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Jury Trial reset for 11/4/2014 at 09:00 AM in Courtroom 427 (JAR) before District Judge Julie A. Robinson (moved from 11/3/2014 to 11/4/2014). (bw) (Entered: 09/17/2014) |
| 09/26/2014 | 17 | | MOTION for Additional Discovery by Jemel T. Knox. (Ramsey, Chekasha) (Entered: 09/26/2014) |
| 10/06/2014 | 18 | | RESPONSE TO MOTION by USA as to Jemel T. Knox re: 17 MOTION for Additional Discovery. (Morehead, Terra) (Entered: 10/06/2014) |
| 10/08/2014 | 19 | | MOTION for Extension of Time to File Pretrial Motions Out of Time by Jemel T. Knox. (Ramsey, Chekasha) (Entered: 10/08/2014) |
| 10/09/2014 | 20 | | ORDER granting 19 Motion for Extension of Time to File Pretrial Motions Out of Time as to Jemel T. Knox (1). Motions due by 10/14/2014. Response deadline 10/24/2014. Signed by District Judge Julie A. Robinson on 10/9/2014. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (bw) (Entered: 10/09/2014) |
| 10/09/2014 | 21 | | MOTION for Extension of Time to File Pretrial Motions and, MOTION to Toll Speedy Trial by Jemel T. Knox. (Ramsey, Chekasha) (Entered: 10/09/2014) |
| 10/09/2014 | 22 | | ORDER sustaining defendant Jemel Knox's 21 Motion to Extend Pretrial Deadlines and Declare Time Excludable from Speedy Trial Act. Motions are due by 10/14/2014. The response deadline is 10/28/2014. Motion Hearing is set for 11/24/2014 at 01:30 PM in Courtroom 427 (JAR) before District Judge Julie A. Robinson. Trial is continued to 1/12/2015 at 09:00 AM in Courtroom 427 (JAR) before District Judge Julie A. Robinson. The time period from 11/04/2014 through 01/12/2015 shall be excluded when calculating speedy trial time. Signed by District Judge Julie A. Robinson on 10/09/2014. (mg) (Entered: 10/09/2014) |
| 10/14/2014 | 23 | | MOTION to Suppress Evidence by Jemel T. Knox. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Ramsey, Chekasha) (Main Document 23 replaced on 10/14/2014. NEF Regenerated.) (mg) (Entered: 10/14/2014) |
| 10/28/2014 | 24 | | MOTION for Extension of Time to File Response/Reply by USA as to Jemel T. Knox. (Morehead, Terra) (Entered: 10/28/2014) |
| 10/28/2014 | 25 | | ORDER granting 24 Motion for Extension of Time to File Response/Reply as to Jemel T. Knox (1). Signed by District Judge Julie A. Robinson on 10/28/2014. (bw) (Entered: 10/28/2014) |

| | | | |
|---|---|---|---|
| 11/03/2014 | 26 | | RESPONSE TO MOTION by USA as to Jemel T. Knox re: 23 MOTION to Suppress Evidence. (Morehead, Terra) (Entered: 11/03/2014) |
| 11/06/2014 | 27 | | REPLY TO RESPONSE to Motion by Jemel T. Knox re: 23 MOTION to Suppress Evidence. (Ramsey, Chekasha) (Entered: 11/06/2014) |
| 11/07/2014 | 28 | | MOTION to Compel DNA Discovery in an Unlocked Format by Jemel T. Knox. (Ramsey, Chekasha) (Entered: 11/07/2014) |
| 11/18/2014 | 29 | | MOTION to Request Special Setting on Defendant's Motion to Compel DNA Discovery in an Unlocked Format by Jemel T. Knox. (Ramsey, Chekasha) (Entered: 11/18/2014) |
| 11/24/2014 | 30 | | MINUTE ENTRY for proceedings held before District Judge Julie A. Robinson: granting 29 Motion for Hearing as to Jemel T. Knox (1). Motion Hearing set for 1/7/2015 at 09:00 AM in Courtroom 427 (JAR) before District Judge Julie A. Robinson; taking under advisement 23 Motion to Suppress as to Jemel T. Knox (1). MOTION HEARING as to Jemel T. Knox held on 11/24/2014. (Court Reporter Kelli Stewart.) (bw) (Entered: 11/24/2014) |
| 11/24/2014 | 31 | | NOTICE OF CANCELLED HEARING: Jury Trial set for 1/12/2014 as to Defendant Jemel T. Knox cancelled UNTIL FURTHER NOTICE BY COURT. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (bw) (Entered: 11/24/2014) |
| 01/06/2015 | 32 | | MEMORANDUM AND ORDER denying 23 Motion to Suppress as to Jemel T. Knox (1). Signed by District Judge Julie A. Robinson on 1/6/15. (mm) (Entered: 01/06/2015) |
| 01/07/2015 | 33 | | MINUTE ENTRY for proceedings held before District Judge Julie A. Robinson: granting 28 Motion to Compel as to Jemel T. Knox (1); finding as moot 17 Motion for Discovery as to Jemel T. Knox (1). MOTION HEARING as to Jemel T. Knox held on 1/7/2015. Status Conference set for 3/23/2015 at 09:00 AM in Courtroom 427 (JAR) before District Judge Julie A. Robinson. (Court Reporter Kelli Stewart.) (bw) (Entered: 01/07/2015) |
| 01/07/2015 | 34 | | ORDER granting 28 Motion to Compel as to Jemel T. Knox (1). Signed by District Judge Julie A. Robinson on 1/7/15. (mm) (Entered: 01/08/2015) |
| 02/24/2015 | 35 | | MOTION to Extend Time to Produce Fed. R. Crim. P. 16(b) Materials by Jemel T. Knox. (Ramsey, Chekasha) (Entered: 02/24/2015) |
| 02/24/2015 | 36 | | ORDER sustaining defendant Jemel T. Knox's 35 Motion to Extend Time to Produce Fed. R. Crim. P. 16(b) Materials. The deadline to produce materials is set for 5/25/2015. Signed by District Judge Julie A. Robinson on 2/24/2015. (mg) (Entered: 02/25/2015) |
| 03/10/2015 | 37 | | Third MOTION to Continue Trial and Exclude Time from Speedy Trial Act by Jemel T. Knox. (Ramsey, Chekasha) (Entered: 03/10/2015) |
| 03/13/2015 | 38 | | ORDER sustaining defendant Jemel T. Knox's 37 Motion to Continue Trial and Exclude Time from Speedy Trial Act. The Status Conference is continuted to 6/1/2015 at 09:00 AM in Courtroom 427 (JAR) before District Judge Julie A. Robinson. A Motions Hearing is set for 8/31/2015 at 09:00 AM in Courtroom 427 (JAR) before District Judge Julie A. Robinson. Jury Trial is set for 9/21/2015 at 09:00 AM in Courtroom 427 (JAR) before District Judge Julie A. |

| | | | |
|---|---|---|---|
| | | | Robinson. The time period from 03/23/2015 through 09/21/2015 shall be excluded when calculating speedy trial time. Signed by District Judge Julie A. Robinson on 3/13/2015. (mg) (Entered: 03/13/2015) |
| 06/01/2015 | <u>39</u> | | MINUTE ENTRY for proceedings held before District Judge Julie A. Robinson: STATUS CONFERENCE as to Jemel T. Knox held on 6/1/2015. (Court Reporter Kelli Stewart.) (bw) (Entered: 06/01/2015) |
| 08/20/2015 | <u>40</u> | | MOTION in Limine by Jemel T. Knox. (Ramsey, Chekasha) (Entered: 08/20/2015) |
| 08/26/2015 | <u>41</u> | | RESPONSE TO MOTION by USA as to Jemel T. Knox re: <u>40</u> MOTION in Limine. (Morehead, Terra) (Entered: 08/26/2015) |
| 08/31/2015 | <u>42</u> | | MINUTE ENTRY for proceedings held before District Judge Julie A. Robinson: granted in part, moot in part, taken under advisement <u>40</u> Motion in Limine as to Jemel T. Knox (1); MOTION HEARING as to Jemel T. Knox held on 8/31/2015. (Court Reporter Kelli Stewart.) (bw) (Entered: 09/01/2015) |
| 09/08/2015 | <u>43</u> | | MOTION pursuant to Rule 17(b) by Jemel T. Knox. (Ramsey, Chekasha) (Entered: 09/08/2015) |
| 09/08/2015 | <u>44</u> | | WITNESS LIST by Jemel T. Knox. (Ramsey, Chekasha) (Entered: 09/08/2015) |
| 09/08/2015 | <u>45</u> | | EXHIBIT LIST by Jemel T. Knox. (Ramsey, Chekasha) (Entered: 09/08/2015) |
| 09/08/2015 | <u>46</u> | | EXHIBIT LIST by USA as to Jemel T. Knox. (Morehead, Terra) (Entered: 09/08/2015) |
| 09/08/2015 | <u>47</u> | | WITNESS LIST by USA as to Jemel T. Knox. (Morehead, Terra) (Entered: 09/08/2015) |
| 09/14/2015 | 48 | | NOTICE OF INTENT TO CHANGE PLEA and NOTICE OF HEARING. The defendant Jemel T. Knox has notified the court on 9/14/2015 that he intends to change his plea. The time from this notice until the change of plea hearing (including any continuances) is excludable time for speedy trial purposes. Change of Plea Hearing set for 9/16/2015 at 2:30 PM in Courtroom 223 before Magistrate Judge James P. O'Hara. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(kg) (Entered: 09/14/2015) |
| 09/16/2015 | <u>49</u> | | MINUTE ENTRY for proceedings held before Magistrate Judge James P. O'Hara: CHANGE OF PLEA HEARING as to Jemel T. Knox held on 9/16/2015. Consent to Proceed with Guilty Plea Before a U.S. Magistrate Judge in a Felony Case executed. Government requests a preliminary order of forfeiture. Defendant reserves his right to appeal on the issue of suppression before Judge Robinson. Sentencing set for 12/7/2015 at 09:00 AM in Courtroom 427 (JAR) before District Judge Julie A. Robinson. (Court Reporter Kim Greiner.) (mg) (Entered: 09/16/2015) |
| 09/16/2015 | <u>50</u> | | CONSENT TO PROCEED WITH GUILTY PLEA BEFORE A UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE as to Jemel T. Knox. Signed before Magistrate Judge James P. O'Hara on 09/16/2015. (mg) (Entered: 09/16/2015) |
| 09/16/2015 | <u>51</u> | | PETITION TO ENTER PLEA OF GUILTY AND ORDER ENTERING PLEA as to Jemel T. Knox (1) on Count 1 of the <u>2</u> Indictment. Signed by Magistrate |

|            |    |   |                                                                                                                                                                                                                                                                                                                                                                                 |
|------------|----|---|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    |   | Judge James P. O'Hara on 09/16/2015. (mg) (Entered: 09/16/2015)                                                                                                                                                                                                                                                                                                                 |
| 09/16/2015 | 52 |   | PLEA AGREEMENT Under Fed. R. Crim. P 11(a)(2) as to Jemel T. Knox regarding 51 Petition and Order to Enter Plea of Guilty. (mg) (Entered: 09/16/2015)                                                                                                                                                                                                                           |
| 09/23/2015 | 53 |   | MOTION for Preliminary Forfeiture Order by USA as to Jemel T. Knox. (Sommer, Robin) (Entered: 09/23/2015)                                                                                                                                                                                                                                                                       |
| 09/23/2015 | 54 |   | PRELIMINARY ORDER OF FORFEITURE sustaining the government's 53 Motion for a Preliminary Order of Forfeiture as to Jemel T. Knox. Signed by District Judge Julie A. Robinson on 09/23/2015. (mg) (Entered: 09/23/2015)                                                                                                                                                           |
| 10/22/2015 | 55 |   | ORDER finding as moot 40 Motion in Limine as to Jemel T. Knox (1); finding as moot 43 Motion Pursuant to Rule 17b as to Jemel T. Knox (1). Signed by District Judge Julie A. Robinson on 10/22/2015. Plea Agreement (Doc. 52 ) was filed 9/16/2015. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (bw) (Entered: 10/22/2015)                |
| 11/24/2015 | 60 |   | MOTION for Extension of Time to File Objections, MOTION to Continue Sentencing Hearing by Jemel T. Knox. (Ramsey, Chekasha) (Entered: 11/24/2015)                                                                                                                                                                                                                               |
| 11/24/2015 | 61 |   | ORDER granting 60 Motion for Extension of Time to File objections to PSR and granting 60 Motion to Continue Sentencing as to Jemel T. Knox (1). Objections to PSR due by 12/4/2015. Response due 12/11/2015. Sentencing continued to 1/4/2016 at 09:00 AM in KC Courtroom 427 (JAR) before District Judge Julie A. Robinson. Signed by District Judge Julie A. Robinson on 11/24/2015. (bw) (Entered: 11/24/2015) |
| 12/11/2015 | 62 |   | MOTION for Extension of Time to File Response to Objections to the Presentence Report, MOTION to Continue Sentencing Hearing by USA as to Jemel T. Knox. (Morehead, Terra) (Entered: 12/11/2015)                                                                                                                                                                                |
| 12/17/2015 | 63 |   | ORDER granting 62 Motion for Extension of Time to File Response/Reply as to Jemel T. Knox (1); granting 62 Motion to Continue as to Jemel T. Knox (1). Objections to PSR due by 12/24/2015. Sentencing continued to 3/7/2016 at 01:30 PM in KC Courtroom 427 (JAR) before District Judge Julie A. Robinson. Signed by District Judge Julie A. Robinson on 12/17/2015. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (bw) (Entered: 12/17/2015) |
| 03/01/2016 | 64 |   | MOTION to Continue Sentencing Hearing by Jemel T. Knox. (Ramsey, Chekasha) (Entered: 03/01/2016)                                                                                                                                                                                                                                                                                |
| 03/01/2016 | 65 |   | ORDER granting defendant Jemel T. Knox's 64 Motion to Continue Sentencing Hearing. Sentencing Hearing is continued to 3/21/2016 at 08:45 AM in KC Courtroom 427 (JAR) before District Judge Julie A. Robinson. Signed by District Judge Julie A. Robinson on 3/1/2016. (mg) (Entered: 03/01/2016)                                                                               |
| 03/21/2016 | 66 |   | MINUTE ENTRY for proceedings held before District Judge Julie A. Robinson: STATUS CONFERENCE as to Jemel T. Knox held on 3/21/2016. Sentencing is continued to 7/26/2016 at 09:00 AM in KC Courtroom 427 (JAR) before District Judge Julie A. Robinson for tracking purposes with Case No. 15–20103. (Court Reporter Kelli Stewart.) (bw) (Entered: 03/21/2016)                |

| | | | |
|---|---|---|---|
| 06/08/2016 | <u>67</u> | | TRANSCRIPT of Motion to Suppress Hearing (# <u>23</u> ) (47 pages) held 11/24/2014 as to Jemel T. Knox before Judge Julie A. Robinson. Court Reporter Kelli Stewart, 913–735–2334, kelli_stewart@ksd.uscourts.gov. Transcript purchased by: Ms. Chekasha F. Ramsey.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 9/6/2016. (ks) (Entered: 06/08/2016) |
| 06/17/2016 | <u>68</u> | | NOTICE OF HEARING as to Defendant Jemel T. Knox.  **THIS IS AN OFFICIAL NOTICE FOR THIS HEARING.** (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Sentencing set for 7/28/2016 at 08:45 AM in KC Courtroom 427 (JAR) before District Judge Julie A. Robinson. (bw) (Entered: 06/17/2016) |
| 07/21/2016 | <u>69</u> | | PRESENTENCE INVESTIGATION REPORT as to Jemel T. Knox.<br><br>**(NOTE: Access to this document is restricted to the USA and this defendant.)**<br><br>(USPO) (Entered: 07/21/2016) |
| 08/09/2016 | <u>70</u> | | MOTION for Fed. R. Crim. P. 16(E) Discovery, Confidential Legal Visitation, and Return of Property Pursuant Fed. R. Crim. P. 41(g) by Jemel T. Knox. (Ramsey, Chekasha) (Entered: 08/09/2016) |
| 10/17/2016 | 71 | | NOTICE OF HEARING as to Defendant Jemel T. Knox  **THIS IS AN OFFICIAL NOTICE FOR THIS HEARING** (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)In agreement with the parties, the Sentencing is moved to <u>10/27/2016 at 09:00 AM</u> in KC Courtroom 427 (JAR) before District Judge Julie A. Robinson. (bw) (Entered: 10/17/2016) |
| 10/27/2016 | <u>72</u> | | MINUTE ENTRY for proceedings held before District Judge Julie A. Robinson: SENTENCING HEARING held on 10/27/2016 as to defendant Jemel T. Knox. (Court Reporter Kim Greiner.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ses) (Entered: 10/27/2016) |
| 10/27/2016 | <u>73</u> | | POST–CONVICTION AGREEMENT by Jemel T. Knox (ydm) (Entered: 10/27/2016) |
| 10/28/2016 | 74 | | ORDER finding as moot <u>70</u> Motion as to Jemel T. Knox (1) Signed by District Judge Julie A. Robinson on 10/28/2016. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (bw) (Entered: 10/28/2016) |

| | | | |
|---|---|---|---|
| 10/28/2016 | 75 | | JUDGMENT as to Jemel T. Knox (1), Count(s) 1, The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 60 months. Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years.; Count(s) 2, Dismissed Signed by District Judge Julie A. Robinson on 10/28/2016. (ydm) (Entered: 10/28/2016) |
| 10/28/2016 | 76 | | STATEMENT OF REASONS as to Jemel T. Knox re 75 Judgment, **(NOTE: Access to this document is restricted to the USA and this defendant.)** (ydm) (Entered: 10/28/2016) |
| 11/02/2016 | 77 | | NOTICE OF APPEAL TO 10CCA as to defendant Jemel T. Knox re 75 Judgment, (Ramsey, Chekasha) (Entered: 11/02/2016) |

AO 245B (Rev. 10/15 - D/KS 04/16) Judgment in a Criminal Case
Sheet 1

# United States District Court
## District of Kansas

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | |
| Jemel T Knox | Case Number: 2:14CR20022 - 001 |
| | USM Number: 11361-031 |
| | Defendant's Attorney: Chekasha F. Ramsey |

**THE DEFENDANT:**

☒ pleaded guilty to count: <u>1 of the Indictment</u>.
☐ pleaded nolo contendere to count(s) ___ which was accepted by the court.
☐ was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm, a Class C Felony | 02/06/2014 | 1 |

    The defendant is sentenced as provided in pages 1 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) ___.

☒ Count <u>2 of the Indictment and U.S. District Court for the District of Kansas, Docket No. 15CR20103-01-JAR</u> are dismissed on the motion of the United States.

    IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of material changes in economic circumstances.

10/27/2016
Date of Imposition of Judgment

s/Julie A. Robinson
Signature of Judge

Honorable Julie A. Robinson, U.S. District Judge
Name & Title of Judge

10/28/2016
Date

AO 245B (Rev. 10/15 - D/KS 04/16) Judgment in a Criminal Case
Sheet 2 – Imprisonment

Judgment – Page **2** of **6**

DEFENDANT: Jemel T Knox
CASE NUMBER: 2:14CR20022 - 001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>60 months</u>.

☒ The Court makes the following recommendations to the Bureau of Prisons: Designation to either FCI Greenville or FCI Pekin due to the availability of programming opportunities which include weightlifting and welding.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.

  ☐ at ___ on ___.

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before ___ on ___.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

AO 245B     (Rev. 10/15 - D/KS 04/16) Judgment in a Criminal Case
          Sheet 3 – Supervised Release

Judgment – Page **3** of **6**

DEFENDANT:     Jemel T Knox
CASE NUMBER:     2:14CR20022 - 001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of <u>3 years</u>.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance.

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐     The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check if applicable)*

☒     The defendant is prohibited from possessing or purchasing a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check if applicable)*

☒     The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check if applicable)*

☐     The defendant shall register as a sex offender, and keep the registration current, in each jurisdiction where the defendant resides, where the defendant is an employee, and where the defendant is a student. For initial registration purposes only, the defendant shall also register in the jurisdiction in which convicted, if such jurisdiction is different from the jurisdiction of residence. Registration shall occur not later than 3 business days after being sentenced, if the defendant is not sentenced to a term of imprisonment. The defendant shall, not later than 3 business days after each change in name, residence, employment, or student status, appear in person in at least one jurisdiction in which the defendant is registered and inform that jurisdiction of all changes in the information required. *(Check if applicable)*

☐     The defendant shall participate in an approved program for domestic violence. *(Check if applicable)*

If this judgment imposes a fine or restitution, it is to be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or the probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substances or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 10/15 - D/KS 04/16) Judgment in a Criminal Case
Sheet 3C - Supervised Release

Judgment – Page **4** of **6**

DEFENDANT: Jemel T Knox
CASE NUMBER: 2:14CR20022 - 001

# SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall successfully participate in and successfully complete an approved program for substance abuse, which may include urine, breath, or sweat patch testing, outpatient and/or residential treatment, and share in the costs, based on the ability to pay, as directed by the Probation Office. The defendant shall abstain from the use and possession of alcohol and other intoxicants during the term of supervision.

2. The defendant shall participate as directed in a cognitive behavioral program, which may include MRT, as approved by the United States Probation and Pretrial Services Office. The defendant must contribute toward the cost of any program to the extent the defendant is financially able to do so, as determined by the U.S. Probation Officer.

3. The defendant shall participate in an approved program for mental health treatment, which may include psychological counseling and prescribed medication. The defendant shall share in the costs, based on the ability to pay, at the direction of the U.S. Probation Officer.

4. During the course of supervision, the defendant shall make regular monthly child support payments in accordance with any payment plan established by state authorities.

5. The defendant shall submit his/her person, house, residence, vehicle(s), papers, business or place of employment and any property under the defendant's control to a search, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

6. The defendant is prohibited from possessing or purchasing a firearm, ammunition, destructive device, or any other dangerous weapon.

AO 245B (Rev. 10/15 - D/KS 04/16) Judgment in a Criminal Case
Sheet 5 – Criminal Monetary Penalties

Judgment – Page **5** of **6**

DEFENDANT: Jemel T Knox
CASE NUMBER: 2:14CR20022 - 001

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the total criminal monetary penalties under the Schedule of Payments set forth in this Judgment.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $100 | Waived | Not Applicable |

☐ The determination of restitution is deferred until ___. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Totals: | $ | $ | |

☐ Restitution amount ordered pursuant to plea agreement $ ___.

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options set forth in this Judgment may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for the ☐ fine and/or ☐ restitution.

☐ the interest requirement for the ☐ fine and/or ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 10/15 - D/KS 04/16) Judgment in a Criminal Case
Sheet 6 – Schedule of Payments

Judgment – Page **6** of **6**

DEFENDANT: Jemel T Knox
CASE NUMBER: 2:14CR20022 - 001

# SCHEDULE OF PAYMENTS

Criminal monetary penalties are due immediately. Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows, but this schedule in no way abrogates or modifies the government's ability to use any lawful means at any time to satisfy any remaining criminal monetary penalty balance, even if defendant is in full compliance with the payment schedule:

A ☐ Lump sum payment of $___ due immediately, balance due
    ☐ not later than ___, or
    ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ F below); or

C ☐ Payment in monthly installments of not less than 5% of the defendant's monthly gross household income over a period of ___ years to commence ___ days after the date of this judgment; or

D ☐ Payment of not less than 10% of the funds deposited each month into the inmate's trust fund account and monthly installments of not less than 5% of the defendant's monthly gross household income over a period of ___ years, to commence ___ days after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within ___ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒ Special instructions regarding the payment of criminal monetary penalties:

If restitution is ordered, the Clerk, U.S. District Court, may hold and accumulate restitution payments, without distribution, until the amount accumulated is such that the minimum distribution to any restitution victim will not be less than $25.

Payments should be made to Clerk, U.S. District Court, U.S. Courthouse - Room 204, 401 N. Market, Wichita, Kansas 67202.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount Joint and Several Amount and corresponding payee, if appropriate.

| Case Number (Including Defendant Number) | Defendant Name | Joint and Several Amount |
|---|---|---|
| | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☒ The defendant shall forfeit the defendant's interest in the following property to the United States:

.223 caliber Centruy Arms Inc. Georgia VT Rifle, Model C15 Sporter, serial number CM00280

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
| Plaintiff, | } | |
| | } | Case No. 14-CR-20022-JAR |
| vs. | } | |
| | } | Hon. Julie A. Robinson |
| JEMEL T. KNOX, | } | United States Judge, |
| Defendant. | } | Presiding |
| | } | |

**NOTICE OF APPEAL**

Notice is hereby given that the Defendant, Jemel T. Knox, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Judgment this Court entered in the above captioned case on October 28, 2016.

Date: November 2, 2016

                Respectfully submitted,

                s/ Chekasha Ramsey         #78476
                Chekasha Ramsey
                Assistant Federal Public Defender
                For the District of Kansas
                500 State Avenue, Suite 201
                Kansas City, Kansas 66101
                Telephone (913) 551-6911
                Fax: (913) 551-6562
                E-mail: Che_Ramsey@fd.org
                COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

      I hereby certify that on November 2, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ms. Terra Morehead
Assistant United States Attorney
Terra.morehead@usdoj.gov

                                    s/ Chekasha Ramsey    #78476
                                    Chekasha Ramsey