AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____ District of Kansas _____

**APPEARANCE**

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                                    Case No. 2:14-cr-20022-JAR-1

JEMEL T. KNOX,
        Defendant.

To the Clerk of this court and all parties of record:

Enter my appearance as additional counsel in this case for

Jemel T. Knox, defendant.

I certify that I am admitted to practice in this court.

| November 16, 2016 | s/ Daniel T. Hansmeier |
|---|---|
| Date | Signature |

| DANIEL T. HANSMEIER | #IL6288086 |
|---|---|
| Assistant Federal Public Defender | Bar Number |
| Federal Public Defender Office | |

500 State Avenue, Suite 201
Address

| Kansas City, Kansas | | 66101 |
|---|---|---|
| City, | State | Zip Code |

| (913) 551-6712 | (913) 551-6562 |
|---|---|
| Phone Number | Fax Number |