# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| United States of America,<br>    Plaintiff-Appellee,<br>v.<br><br>Jemel T. Knox,<br>    Defendant-Appellant. | District Court No. 2:14-cr-20022-JAR-1<br><br>Court of Appeals No. 16-3324 |

**NOTE: THIS DESIGNATION FORM MUST BE COMPLETED AND FILED IN ACCORDANCE WITH THE INSTRUCTIONS ON THE REVERSE SIDE OF THE FORM.**

    Those original papers which have been designated by circling their respective docket numbers (or dates of entry) on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals. (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)

    The following items should also be included in the record on appeal:

1. _____

                                      Signature: s/Daniel T. Hansmeier

                                       Counsel for: Jemel T. Knox

I hereby certify that a copy of this designation, with docket sheets attached, was served on opposing counsel and filed with the clerk of the court of appeals on  November 16, 2016 .

Signature:  s/ Daniel T. Hansmeier

Query    Reports    Utilities    Help    Log Out

CLOSED,APPEAL

# U.S. District Court
## DISTRICT OF KANSAS (Kansas City)
### CRIMINAL DOCKET FOR CASE #: 2:14-cr-20022-JAR-1

| | |
|---|---|
| Case title: USA v. Knox | Date Filed: 02/19/2014 |
| Other court case number: 2004CR1296 District Court of Wyandotte County, Kansas | Date Terminated: 10/28/2016 |
| Magistrate judge case number: 2:14-mj-08030-JPO | |

Assigned to: District Judge Julie A. Robinson

Appeals court case number: 16-3324 10CCA

## Defendant (1)

**Jemel T. Knox**
*CUSTODY*
*TERMINATED: 10/28/2016*

represented by **Chekasha F. Ramsey**
Office of Federal Public Defender - KCK
500 State Avenue, Suite 201
Kansas City, KS 66101-2400
913-551-6712
Fax: 913-551-6562
Email: che_ramsey@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or Community Defender Appointment

### Pending Counts

18:922(g)(1) and 924(a)(2) -- Felon in Possession of a Firearm. Forfeiture Allegations. (Indictment Filed 02/19/2014.)
(1)

### Disposition

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 60 months. Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years.

### Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 26:5841, 5861(d), 5861(f), and 5871 -- Received and Possessed an Unregistered Firearm. Forfeiture Allegations. (Indictment Filed 02/19/2014.)<br>(2) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 18:922(g) -- Felon in Possession of a Firearm. (Complaint Filed 2/7/14.) | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Robin Lynn Sommer**<br>Office of District Attorney - 18th Judicial District<br>535 North Main<br>Wichita, KS 67203-3747<br>316-660-3670<br>Email: annette.gurney@usdoj.gov<br>*TERMINATED: 08/02/2016*<br>*LEAD ATTORNEY*<br>*Designation: Retained*<br><br>**Terra D. Morehead**<br>Office of United States Attorney - Kansas City<br>500 State Avenue, Suite 360<br>Kansas City, KS 66101<br>913-551-6730<br>Fax: 913-551-6541<br>Email: Terra.Morehead@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/07/2014 | 1 | COMPLAINT as to Jemel T. Knox (1). (mm) [2:14-mj-08030-JPO] (Entered: 02/07/2014) |
| | | |

| | | |
|---|---|---|
| 02/19/2014 | 2 | INDICTMENT (With Forfeiture Allegations) as to Jemel T. Knox (1) on counts 1 and 2. (mg) (Entered: 02/20/2014) |
| 06/25/2014 | 3 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Jemel T. Knox. (Morehead, Terra) (Entered: 06/25/2014) |
| 06/26/2014 | 4 | ORDER granting 3 Motion for Writ of Habeas Corpus ad prosequendum as to Jemel T. Knox (1). Signed by Magistrate Judge James P. O'Hara on 6/26/14. (mm) (Entered: 06/26/2014) |
| 06/26/2014 | 5 | WRIT OF HABEAS CORPUS AD PROSEQUENDUM ISSUED as to Jemel T. Knox for 7/29/14. (mm) (Entered: 06/26/2014) |
| 07/28/2014 | 6 | NOTICE OF HEARING as to Defendant Jemel T. Knox. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. The initial appearance is rescheduled for 7/29/2014 at 11:00 AM (instead of 1:30 PM) in Courtroom 223 before Magistrate Judge James P. O'Hara. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (kg) (Entered: 07/28/2014) |
| 07/29/2014 | | ARREST of Jemel T. Knox. (mg) (Entered: 07/29/2014) |
| 07/29/2014 | 7 | MINUTE ENTRY for proceedings held before Magistrate Judge James P. O'Hara: ARRAIGNMENT/DISCOVERY/RULE 5 HEARINGS as to Jemel T. Knox (1) on Counts 1 and 2 of the 2 Indictment held on 7/29/2014. Federal Public Defender appointed as counsel for defendant. Detention Hearing waived. Oral motion by USA for pretrial detention of defendant deemed moot as defendant waived a detentioin hearing. Case Management Meet and Confer: 08/12/2014, at 9:00 AM. Speedy Trial Act motions filed by:08/25/2014. Status Conference set for 9/2/2014 at 09:00 AM in Courtroom 427 (JAR) before District Judge Julie A. Robinson. Detention ordered; defendant remanded to custody. (mg) (Entered: 07/29/2014) |
| 07/29/2014 | 8 | CJA 23 FINANCIAL AFFIDAVIT by Jemel T. Knox. (mg) (Entered: 07/29/2014) |
| 07/29/2014 | 9 | WAIVER OF DETENTION HEARING by Jemel T. Knox. (mg) (Entered: 07/29/2014) |
| 07/29/2014 | 10 | ORDER OF DETENTION PENDING TRIAL as to Jemel T. Knox. Signed by Magistrate Judge James P. O'Hara on 07/29/2014. (mg) (Entered: 07/29/2014) |
| 07/29/2014 | 11 | PRETRIAL ORDER NO. 1 ENTERED as to Jemel T. Knox: Meet and Confer conference in the Office of US Attorney scheduled for 08/12/2014 at 9:00 AM. Motion to extend speedy trial deadline due by 08/25/2014. Status Conference set for 9/2/2014 at 09:00 AM in Courtroom 427 (JAR) before District Judge Julie A. Robinson. Signed by Magistrate Judge James P. O'Hara on 07/29/2014. (mg) (Entered: 07/29/2014) |
| 07/29/2014 | 12 | ENTRY OF APPEARANCE: by attorney Chekasha F. Ramsey appearing for Jemel T. Knox. (Ramsey, Chekasha) (Entered: 07/29/2014) |
| 08/25/2014 | 13 | MOTION to Toll Speedy Trial Act by Jemel T. Knox. (Ramsey, Chekasha) (Entered: 08/25/2014) |
| 09/02/2014 | 14 | |

| | | |
|---|---|---|
| | | MINUTE ENTRY for proceedings held before District Judge Julie A. Robinson: STATUS CONFERENCE as to Jemel T. Knox held on 9/2/2014. (Court Reporter Kelli Stewart.) (bw) (Entered: 09/02/2014) |
| 09/02/2014 | 15 | ORDER TO TOLL SPEEDY TRIAL granting as to Jemel T. Knox the 13 Joint Motion to Toll Speedy Trial. Pretrial motions are due by 9/26/2014. Response deadline is 10/6/2014. Motion Hearing/Status Conference is set for 10/27/2014 at 09:00 AM in Courtroom 427 (JAR) before District Judge Julie A. Robinson. Jury Trial is set for 11/3/2014 at 09:00 AM in Courtroom 427 (JAR) before District Judge Julie A. Robinson. The time period from 09/02/2014 through 11/03/2014 shall be excluded when calculating speedy trial time. Signed by District Judge Julie A. Robinson on 09/02/2014. (mg) (Entered: 09/02/2014) |
| 09/17/2014 | 16 | NOTICE OF HEARING (DATE CHANGE) as to Defendant Jemel T. Knox: **THIS IS AN OFFICIAL NOTICE FOR THIS HEARING.** (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Jury Trial reset for 11/4/2014 at 09:00 AM in Courtroom 427 (JAR) before District Judge Julie A. Robinson (moved from 11/3/2014 to 11/4/2014). (bw) (Entered: 09/17/2014) |
| 09/26/2014 | 17 | MOTION for Additional Discovery by Jemel T. Knox. (Ramsey, Chekasha) (Entered: 09/26/2014) |
| 10/06/2014 | 18 | RESPONSE TO MOTION by USA as to Jemel T. Knox re: 17 MOTION for Additional Discovery. (Morehead, Terra) (Entered: 10/06/2014) |
| 10/08/2014 | 19 | MOTION for Extension of Time to File Pretrial Motions Out of Time by Jemel T. Knox. (Ramsey, Chekasha) (Entered: 10/08/2014) |
| 10/09/2014 | 20 | ORDER granting 19 Motion for Extension of Time to File Pretrial Motions Out of Time as to Jemel T. Knox (1). Motions due by 10/14/2014. Response deadline 10/24/2014. Signed by District Judge Julie A. Robinson on 10/9/2014. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (bw) (Entered: 10/09/2014) |
| 10/09/2014 | 21 | MOTION for Extension of Time to File Pretrial Motions and, MOTION to Toll Speedy Trial by Jemel T. Knox. (Ramsey, Chekasha) (Entered: 10/09/2014) |
| 10/09/2014 | 22 | ORDER sustaining defendant Jemel Knox's 21 Motion to Extend Pretrial Deadlines and Declare Time Excludable from Speedy Trial Act. Motions are due by 10/14/2014. The response deadline is 10/28/2014. Motion Hearing is set for 11/24/2014 at 01:30 PM in Courtroom 427 (JAR) before District Judge Julie A. Robinson. Trial is continued to 1/12/2015 at 09:00 AM in Courtroom 427 (JAR) before District Judge Julie A. Robinson. The time period from 11/04/2014 through 01/12/2015 shall be excluded when calculating speedy trial time. Signed by District Judge Julie A. Robinson on 10/09/2014. (mg) (Entered: 10/09/2014) |
| 10/14/2014 | 23 | MOTION to Suppress Evidence by Jemel T. Knox. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Ramsey, Chekasha) (Main Document 23 replaced on 10/14/2014. NEF Regenerated.) (mg) (Entered: 10/14/2014) |
| 10/28/2014 | 24 | |

| | | |
|---|---|---|
| | | MOTION for Extension of Time to File Response/Reply by USA as to Jemel T. Knox. (Morehead, Terra) (Entered: 10/28/2014) |
| 10/28/2014 | 25 | ORDER granting 24 Motion for Extension of Time to File Response/Reply as to Jemel T. Knox (1). Signed by District Judge Julie A. Robinson on 10/28/2014. (bw) (Entered: 10/28/2014) |
| 11/03/2014 | 26 | RESPONSE TO MOTION by USA as to Jemel T. Knox re: 23 MOTION to Suppress Evidence. (Morehead, Terra) (Entered: 11/03/2014) |
| 11/06/2014 | 27 | REPLY TO RESPONSE to Motion by Jemel T. Knox re: 23 MOTION to Suppress Evidence. (Ramsey, Chekasha) (Entered: 11/06/2014) |
| 11/07/2014 | 28 | MOTION to Compel DNA Discovery in an Unlocked Format by Jemel T. Knox. (Ramsey, Chekasha) (Entered: 11/07/2014) |
| 11/18/2014 | 29 | MOTION to Request Special Setting on Defendant's Motion to Compel DNA Discovery in an Unlocked Format by Jemel T. Knox. (Ramsey, Chekasha) (Entered: 11/18/2014) |
| 11/24/2014 | 30 | MINUTE ENTRY for proceedings held before District Judge Julie A. Robinson: granting 29 Motion for Hearing as to Jemel T. Knox (1). Motion Hearing set for 1/7/2015 at 09:00 AM in Courtroom 427 (JAR) before District Judge Julie A. Robinson; taking under advisement 23 Motion to Suppress as to Jemel T. Knox (1). MOTION HEARING as to Jemel T. Knox held on 11/24/2014. (Court Reporter Kelli Stewart.) (bw) (Entered: 11/24/2014) |
| 11/24/2014 | 31 | NOTICE OF CANCELLED HEARING: Jury Trial set for 1/12/2014 as to Defendant Jemel T. Knox cancelled UNTIL FURTHER NOTICE BY COURT. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (bw) (Entered: 11/24/2014) |
| 01/06/2015 | 32 | MEMORANDUM AND ORDER denying 23 Motion to Suppress as to Jemel T. Knox (1). Signed by District Judge Julie A. Robinson on 1/6/15. (mm) (Entered: 01/06/2015) |
| 01/07/2015 | 33 | MINUTE ENTRY for proceedings held before District Judge Julie A. Robinson: granting 28 Motion to Compel as to Jemel T. Knox (1); finding as moot 17 Motion for Discovery as to Jemel T. Knox (1). MOTION HEARING as to Jemel T. Knox held on 1/7/2015. Status Conference set for 3/23/2015 at 09:00 AM in Courtroom 427 (JAR) before District Judge Julie A. Robinson. (Court Reporter Kelli Stewart.) (bw) (Entered: 01/07/2015) |
| 01/07/2015 | 34 | ORDER granting 28 Motion to Compel as to Jemel T. Knox (1). Signed by District Judge Julie A. Robinson on 1/7/15. (mm) (Entered: 01/08/2015) |
| 02/24/2015 | 35 | MOTION to Extend Time to Produce Fed. R. Crim. P. 16(b) Materials by Jemel T. Knox. (Ramsey, Chekasha) (Entered: 02/24/2015) |
| 02/24/2015 | 36 | ORDER sustaining defendant Jemel T. Knox's 35 Motion to Extend Time to Produce Fed. R. Crim. P. 16(b) Materials. The deadline to produce materials is set for 5/25/2015. Signed by District Judge Julie A. Robinson on 2/24/2015. (mg) (Entered: 02/25/2015) |
| 03/10/2015 | 37 | |

| | | |
|---|---|---|
| | | Third MOTION to Continue Trial and Exclude Time from Speedy Trial Act by Jemel T. Knox. (Ramsey, Chekasha) (Entered: 03/10/2015) |
| 03/13/2015 | 38 | ORDER sustaining defendant Jemel T. Knox's 37 Motion to Continue Trial and Exclude Time from Speedy Trial Act. The Status Conference is continuted to 6/1/2015 at 09:00 AM in Courtroom 427 (JAR) before District Judge Julie A. Robinson. A Motions Hearing is set for 8/31/2015 at 09:00 AM in Courtroom 427 (JAR) before District Judge Julie A. Robinson. Jury Trial is set for 9/21/2015 at 09:00 AM in Courtroom 427 (JAR) before District Judge Julie A. Robinson. The time period from 03/23/2015 through 09/21/2015 shall be excluded when calculating speedy trial time. Signed by District Judge Julie A. Robinson on 3/13/2015. (mg) (Entered: 03/13/2015) |
| 06/01/2015 | 39 | MINUTE ENTRY for proceedings held before District Judge Julie A. Robinson: STATUS CONFERENCE as to Jemel T. Knox held on 6/1/2015. (Court Reporter Kelli Stewart.) (bw) (Entered: 06/01/2015) |
| 08/20/2015 | 40 | MOTION in Limine by Jemel T. Knox. (Ramsey, Chekasha) (Entered: 08/20/2015) |
| 08/26/2015 | 41 | RESPONSE TO MOTION by USA as to Jemel T. Knox re: 40 MOTION in Limine. (Morehead, Terra) (Entered: 08/26/2015) |
| 08/31/2015 | 42 | MINUTE ENTRY for proceedings held before District Judge Julie A. Robinson: granted in part, moot in part, taken under advisement 40 Motion in Limine as to Jemel T. Knox (1); MOTION HEARING as to Jemel T. Knox held on 8/31/2015. (Court Reporter Kelli Stewart.) (bw) (Entered: 09/01/2015) |
| 09/08/2015 | 43 | MOTION pursuant to Rule 17(b) by Jemel T. Knox. (Ramsey, Chekasha) (Entered: 09/08/2015) |
| 09/08/2015 | 44 | WITNESS LIST by Jemel T. Knox. (Ramsey, Chekasha) (Entered: 09/08/2015) |
| 09/08/2015 | 45 | EXHIBIT LIST by Jemel T. Knox. (Ramsey, Chekasha) (Entered: 09/08/2015) |
| 09/08/2015 | 46 | EXHIBIT LIST by USA as to Jemel T. Knox. (Morehead, Terra) (Entered: 09/08/2015) |
| 09/08/2015 | 47 | WITNESS LIST by USA as to Jemel T. Knox. (Morehead, Terra) (Entered: 09/08/2015) |
| 09/14/2015 | 48 | NOTICE OF INTENT TO CHANGE PLEA and NOTICE OF HEARING. The defendant Jemel T. Knox has notified the court on 9/14/2015 that he intends to change his plea. The time from this notice until the change of plea hearing (including any continuances) is excludable time for speedy trial purposes. Change of Plea Hearing set for 9/16/2015 at 2:30 PM in Courtroom 223 before Magistrate Judge James P. O'Hara. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(kg) (Entered: 09/14/2015) |
| 09/16/2015 | 49 | MINUTE ENTRY for proceedings held before Magistrate Judge James P. O'Hara: CHANGE OF PLEA HEARING as to Jemel T. Knox held on 9/16/2015. Consent to Proceed with Guilty Plea Before a U.S. Magistrate Judge in a Felony Case executed. Government requests a preliminary order of forfeiture. Defendant reserves his right to appeal on the issue of suppression |

| | | |
|---|---|---|
| | | before Judge Robinson. Sentencing set for 12/7/2015 at 09:00 AM in Courtroom 427 (JAR) before District Judge Julie A. Robinson. (Court Reporter Kim Greiner.) (mg) (Entered: 09/16/2015) |
| 09/16/2015 | 50 | CONSENT TO PROCEED WITH GUILTY PLEA BEFORE A UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE as to Jemel T. Knox. Signed before Magistrate Judge James P. O'Hara on 09/16/2015. (mg) (Entered: 09/16/2015) |
| 09/16/2015 | 51 | PETITION TO ENTER PLEA OF GUILTY AND ORDER ENTERING PLEA as to Jemel T. Knox (1) on Count 1 of the 2 Indictment. Signed by Magistrate Judge James P. O'Hara on 09/16/2015. (mg) (Entered: 09/16/2015) |
| 09/16/2015 | 52 | PLEA AGREEMENT Under Fed. R. Crim. P 11(a)(2) as to Jemel T. Knox regarding 51 Petition and Order to Enter Plea of Guilty. (mg) (Entered: 09/16/2015) |
| 09/23/2015 | 53 | MOTION for Preliminary Forfeiture Order by USA as to Jemel T. Knox. (Sommer, Robin) (Entered: 09/23/2015) |
| 09/23/2015 | 54 | PRELIMINARY ORDER OF FORFEITURE sustaining the government's 53 Motion for a Preliminary Order of Forfeiture as to Jemel T. Knox. Signed by District Judge Julie A. Robinson on 09/23/2015. (mg) (Entered: 09/23/2015) |
| 10/22/2015 | 55 | ORDER finding as moot 40 Motion in Limine as to Jemel T. Knox (1); finding as moot 43 Motion Pursuant to Rule 17b as to Jemel T. Knox (1). Signed by District Judge Julie A. Robinson on 10/22/2015. Plea Agreement (Doc. 52 ) was filed 9/16/2015. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (bw) (Entered: 10/22/2015) |
| 11/24/2015 | 60 | MOTION for Extension of Time to File Objections, MOTION to Continue Sentencing Hearing by Jemel T. Knox. (Ramsey, Chekasha) (Entered: 11/24/2015) |
| 11/24/2015 | 61 | ORDER granting 60 Motion for Extension of Time to File objections to PSR and granting 60 Motion to Continue Sentencing as to Jemel T. Knox (1). Objections to PSR due by 12/4/2015. Response due 12/11/2015. Sentencing continued to 1/4/2016 at 09:00 AM in KC Courtroom 427 (JAR) before District Judge Julie A. Robinson. Signed by District Judge Julie A. Robinson on 11/24/2015. (bw) (Entered: 11/24/2015) |
| 12/11/2015 | 62 | MOTION for Extension of Time to File Response to Objections to the Presentence Report, MOTION to Continue Sentencing Hearing by USA as to Jemel T. Knox. (Morehead, Terra) (Entered: 12/11/2015) |
| 12/17/2015 | 63 | ORDER granting 62 Motion for Extension of Time to File Response/Reply as to Jemel T. Knox (1); granting 62 Motion to Continue as to Jemel T. Knox (1). Objections to PSR due by 12/24/2015. Sentencing continued to 3/7/2016 at 01:30 PM in KC Courtroom 427 (JAR) before District Judge Julie A. Robinson. Signed by District Judge Julie A. Robinson on 12/17/2015. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (bw) (Entered: 12/17/2015) |
| 03/01/2016 | 64 | |

| | | |
|---|---|---|
| | | MOTION to Continue Sentencing Hearing by Jemel T. Knox. (Ramsey, Chekasha) (Entered: 03/01/2016) |
| 03/01/2016 | 65 | ORDER granting defendant Jemel T. Knox's 64 Motion to Continue Sentencing Hearing. Sentencing Hearing is continued to 3/21/2016 at 08:45 AM in KC Courtroom 427 (JAR) before District Judge Julie A. Robinson. Signed by District Judge Julie A. Robinson on 3/1/2016. (mg) (Entered: 03/01/2016) |
| 03/21/2016 | 66 | MINUTE ENTRY for proceedings held before District Judge Julie A. Robinson: STATUS CONFERENCE as to Jemel T. Knox held on 3/21/2016. Sentencing is continued to 7/26/2016 at 09:00 AM in KC Courtroom 427 (JAR) before District Judge Julie A. Robinson for tracking purposes with Case No. 15-20103. (Court Reporter Kelli Stewart.) (bw) (Entered: 03/21/2016) |
| 06/08/2016 | 67 | TRANSCRIPT of Motion to Suppress Hearing (# 23 ) (47 pages) held 11/24/2014 as to Jemel T. Knox before Judge Julie A. Robinson. Court Reporter Kelli Stewart, 913-735-2334, kelli_stewart@ksd.uscourts.gov. Transcript purchased by: Ms. Chekasha F. Ramsey.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 9/6/2016. (ks) (Entered: 06/08/2016) |
| 06/17/2016 | 68 | NOTICE OF HEARING as to Defendant Jemel T. Knox. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Sentencing set for 7/28/2016 at 08:45 AM in KC Courtroom 427 (JAR) before District Judge Julie A. Robinson. (bw) (Entered: 06/17/2016) |
| 07/21/2016 | 69 | PRESENTENCE INVESTIGATION REPORT as to Jemel T. Knox.<br><br>**(NOTE: Access to this document is restricted to the USA and this defendant.)**<br><br>(USPO) (Entered: 07/21/2016) |
| 08/09/2016 | 70 | MOTION for Fed. R. Crim. P. 16(E) Discovery, Confidential Legal Visitation, and Return of Property Pursuant Fed. R. Crim. P. 41(g) by Jemel T. Knox. (Ramsey, Chekasha) (Entered: 08/09/2016) |
| 10/17/2016 | 71 | NOTICE OF HEARING as to Defendant Jemel T. Knox THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)In agreement with the |

| | | |
|---|---|---|
| | | parties, the Sentencing is moved to 10/27/2016 at 09:00 AM in KC Courtroom 427 (JAR) before District Judge Julie A. Robinson. (bw) (Entered: 10/17/2016) |
| 10/27/2016 | 72 | MINUTE ENTRY for proceedings held before District Judge Julie A. Robinson: SENTENCING HEARING held on 10/27/2016 as to defendant Jemel T. Knox. (Court Reporter Kim Greiner.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ses) (Entered: 10/27/2016) |
| 10/27/2016 | 73 | POST-CONVICTION AGREEMENT by Jemel T. Knox (ydm) (Entered: 10/27/2016) |
| 10/28/2016 | 74 | ORDER finding as moot 70 Motion as to Jemel T. Knox (1) Signed by District Judge Julie A. Robinson on 10/28/2016. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (bw) (Entered: 10/28/2016) |
| 10/28/2016 | 75 | JUDGMENT as to Jemel T. Knox (1), Count(s) 1, The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 60 months. Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years.; Count(s) 2, Dismissed Signed by District Judge Julie A. Robinson on 10/28/2016. (ydm) (Entered: 10/28/2016) |
| 10/28/2016 | 76 | STATEMENT OF REASONS as to Jemel T. Knox re 75 Judgment, **(NOTE: Access to this document is restricted to the USA and this defendant.)** (ydm) (Entered: 10/28/2016) |
| 11/02/2016 | 77 | NOTICE OF APPEAL TO 10CCA as to defendant Jemel T. Knox re 75 Judgment, (Ramsey, Chekasha) (Entered: 11/02/2016) |
| 11/03/2016 | 78 | PRELIMINARY RECORD ON APPEAL transmitted to 10CCA as to Jemel T. Knox re 77 Notice of Appeal - Final Judgment (Attachments: # 1 Preliminary Record)(cv) (Entered: 11/03/2016) |
| 11/03/2016 | 79 | APPEAL DOCKETED in 10CCA on 11/03/2016 and assigned Appeal No. 16-3324 re 77 Notice of Appeal - Final Judgment filed by Jemel T. Knox. (cv) (Entered: 11/03/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/14/2016 08:54:48 | | | |
| **PACER Login:** | fd0423 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:14-cr-20022-JAR |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |