# UNITED STATES DISTRICT COURT

OFFICE OF THE CLERK
DISTRICT OF KANSAS
www.ksd.uscourts.gov

**TIMOTHY M. O'BRIEN**
CLERK OF COURT

**INGRID A. CAMPBELL**
CHIEF DEPUTY CLERK

259 U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KANSAS
66101
(913) 735-2200

Kansas City

November 18, 2016

204 U.S. COURTHOUSE
401 N. MARKET
WICHITA, KSANSAS  67202
(316) 315-4200

490 U.S. COURTHOUSE
444 S.E. QUINCY
TOPEKA, KANSAS  66683
(785) 338-5400

Clerk, U.S. Court of Appeals
 for the Tenth Circuit

**RECORD ON APPEAL**

USA v. Jemel T. Knox
District Court Case No.:  2:14-cr-20022-JAR-1

Circuit Appeal No:  16-3324

   The Record on Appeal is being transmitted via e-mail this date.  The following sets out the contents of each volume.

| | |
|---|---|
| Volume I | Pleadings - Docket Sheet, DE #'s 1, 2, 23, 26, 27, 32, 50, 51, 52, 67, 73, 75, 77, Clerk's Certificate |
| Volume II | Sealed - DE #69 (Presentence Investigation Report), DE #76 (Statement of Reasons) |

Sincerely,

TIMOTHY M. O'BRIEN
CLERK OF COURT

By:  s/ Charles Van Ness
Deputy Clerk

cc:  Counsel of Record  **(SEE NOTICE OF ELECTRONIC FILING)**