IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
|  ) | |
| Plaintiff,  ) | |
|  ) | Case No. 14-20022-JAR |
| v.  ) | |
|  ) | |
| JEMEL KNOX,  ) | |
|  ) | |
| Defendant.  ) | |
| _____) | |

## DECLARATION OF PUBLICATION

Under 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site www.forfeiture.gov for at least 30 consecutive days, beginning on September 8, 2016 and ending on October 7, 2016 as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 9, 2016.

THOMAS E. BEALL
United States Attorney

/s/Annette B. Gurney
Annette B. Gurney
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
KS. S. Ct. #11602

**CERTIFICATE OF SERVICE**

This is to certify that on December 9, 2016, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel for defendant.

/s/Annette B. Gurney
Annette B. Gurney
Assistant United States Attorney
