U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form*

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>14-20022-JAR |
| DEFENDANT<br>JEMEL KNOX | TYPE OF PROCESS<br>FORFEITURE ORDER & NOTICE |

**SERVE** — NAME OF INDIVIDUAL COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Current Resident

**AT** — ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
[redacted] Kansas City, Kansas 66104-5253

UNITED STATES MARSHAL RECEIVED 2016 OCT 26 AM 11:40 TOPEKA, KS

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Annette Gurney
Assistant United States Attorney
301 N. Main, Suite 1200
Wichita, Kansas 67202

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses All Telephone Numbers and Estimated Times Available For Service):*

Send US Mail and US Mail, Certified, Return Receipt Requested

14-FBI-008361

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☐ PLAINTIFF ☐ DEFENDANT | 316-269-6481 | 10/19/16 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY—DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 of 2 | No. 31 | No. 31 | N Pomeroy | 10/26/16 |

I hereby certify and Return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks" the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address *(complete only if different than shown above)* | Date of Service<br>11/29/2016 | Time am pm |
| | Signature of U.S. Marshal or Deputy<br>N Pomeroy | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U S Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 55.00 | 0 | -0 | 55.00 | | | |

REMARKS:

First Class Mail Sent 11/09/2016
Certified Mail Sent 11/09/2016
Certified Mail Returned as Vacant 11/29/2016
Returned to the USAO 11/29/2016

PRIOR EDITIONS MAY BE USED | White: Clerk of Court / Pink: USMS Record | Yellow: Notice/Svc / Blue: Billing Stmt | Green: Acknowledgment of Receipt | FORM USM-285 (Rev. 12/15/80)