# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 14-20022-JAR |
| DEFENDANT | TYPE OF PROCESS |
| JEMEL KNOX | FORFEITURE ORDER & NOTICE |

**SERVE** NAME OF INDIVIDUAL COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Custodian - Firearm

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

FBI - EMILEE THOMPSON, KANSAS CITY, MO 64105

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Annette Gurney
Assistant United States Attorney
301 N. Main, Suite 1200
Wichita, Kansas 67202

Number of process to be served with this Form - 285: 2
Number of parties to be served in this case: 2
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses All Telephone Numbers and Estimated Times Available For Service):

Send US Mail and US Mail, Certified, Return Receipt Requested

14-FBI-008361

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 316-269-6481
DATE: 10/19/16

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY—DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 2
District of Origin No. 31
District to Serve No. 31
Signature of Authorized USMS Deputy or Clerk
Date: 10/26/16

I hereby certify and Return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks" the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 11/16/2016  Time: am/pm

Signature of U.S Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U S Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 55.00 | -0 | -0 | 55.00 | | | |

REMARKS:
First Class Mail Sent    11/09/2016
Certified Mail Sent      11/09/2016
Delivery Receipt Date    11/16/2016
Returned to the USAO     11/29/2016

PRIOR EDITIONS MAY BE USED

White: Clerk of Court
Pink: USMS Record
Yellow: Notice/Svc
Blue: Billing Stmt
Green: Acknowledgment of Receipt

FORM USM-285 (Rev. 12/15/80)