Judgment -- Page **2** of **6**

DEFENDANT:     Jemel T Knox
CASE NUMBER:   2:14CR20022 - 001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **60 months**.

☒  The Court makes the following recommendations to the Bureau of Prisons: Designation to either FCI Greenville or FCI Pekin due to the availability of programming opportunities which include weightlifting and welding.

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district.

   ☐ at ___ on ___.

   ☐ as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before ___ on ___.

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Officer.

**FILED**
DEC 20 2016
TIMOTHY M. O'BRIEN CLERK
By_____Deputy

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on  11-28-2016   to   FCI Greenville

at   Greenville, IL                          , with a certified copy of this judgment.

T.G. Werlich
~~UNITED STATES MARSHAL~~
Warden

By   S. Todd  [signature]
~~Deputy U.S. Marshal~~
CSO