## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                                                                    Chris Wolpert
Clerk of Court                                    April 03, 2018                              Chief Deputy Clerk

Mr. Timothy M. O'Brien (KSkc)
United States District Court for the District of Kansas
Office of the Clerk
500 State Avenue
Robert J. Dole U.S. Courthouse
Room 259
Kansas City, KS 66101-0000

**RE:**     **16-3324, United States v. Knox**
            Dist/Ag docket: 2:14-CR-20022-JAR-1

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:     Melody Brannon
        James A. Brown
        Daniel T. Hansmeier
        Jared S. Maag
        Terra Morehead
        Chekasha Ramsey

EAS/jm