# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 27, 2018

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

      Re:  Jemel T. Knox
            v. United States
           No. 17-9593
           (Your No. 16-3324)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on June 25, 2018 and placed on the docket June 27, 2018 as No. 17-9593.

                            Sincerely,

                            **Scott S. Harris**, Clerk

                            by

                            Lisa Nesbitt
                            Case Analyst