# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 1, 2018

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

    Re: Jemel T. Knox
        v. United States
        No. 17-9593
        (Your No. 16-3324)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk