# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
*Plaintiff,*

**v.**                                    Case Nos.  **14-20022-JAR**
                                                     **15-20103-JAR**
**JEMEL KNOX,**
*Defendant.*

_____

## ORDER APPOINTING COUNSEL
_____

The Court issued Standing Order No. 18-3 on July 17 2018, appointing the Kansas Federal Public Defender to represent any defendant from the District of Kansas who may have a post-conviction Sixth Amendment claim based on the recording of in-person attorney-client meetings or attorney-client phone calls while a detainee in this District. The FPD has determined that it has a disqualifying conflict of interest that prevents it from representing Jemel Knox.

Therefore, the Court appoints John Jenab as counsel for Mr. Knox, to pursue post-conviction Sixth Amendment claims described in Standing Order No. 18-3. This appointment is also pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A and the Guide to Judiciary Policy 210.20.20(a)(2).

This appointment is effective December 20, 2018.

Dated: <u>December 20, 2018</u>

                                          <u>S/ Julie A. Robinson</u>  
                                          JULIE A. ROBINSON  
                                          CHIEF UNITED STATES DISTRICT JUDGE