IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14-20022-01-JAR |
| ) | |
| JEMEL KNOX, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**UNITED STATES' MOTION FOR A FINAL ORDER OF FORFEITURE**

COMES NOW the United States of America, by and through its counsel, Stephen R. McAllister, United States Attorney for the District of Kansas, and Annette Gurney, Assistant United States Attorney, and respectfully moves this Court for a Final Order of Forfeiture in the above-styled case, and in support thereof represents to the Court the following:

1.    The United States hereby incorporates by reference, as though fully set forth herein, all of its averments contained in its Motion for Preliminary Forfeiture Order filed on September 23, 2015 (Doc. 53).

2.    On September 23, 2015, the Court entered a Preliminary Order of Forfeiture (Doc. 54) which forfeited to the United States the defendant Jemel Knox's interest in the following property:

      **A.**    **.223 caliber Century Arms Inc. Georgia VT Rifle, Model C15 Sporter, serial number CM00280.**

1

3. Pursuant to Federal R.Crim.Pro. 32.2, third parties asserting a legal interest in the above-described forfeited property are entitled to a judicial determination of the validity of the legal claims or interests they assert.

4. The United States published notification of the Court's Preliminary Order of Forfeiture on an official government internet website, [www.forfeiture.gov](www.forfeiture.gov), for at least 30 consecutive days, beginning on September 8, 2016 and ending on October 7, 2016, as required by Rule G(4)(a)(iv)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. (Doc. 85).

5. On November 9, 2016, the United States Marshal Service mailed a copy of the Preliminary Order and Notice of Forfeiture to the current resident of the address where the property was seized, via regular U.S. Mail and certified mail. The certified mail was returned to sender as "Vacant" on November 29, 2016. (Doc. 86).

6. The Notice of Forfeiture advised that any person asserting a legal interest in the property identified in Paragraph 2, above, may, within thirty days of the final publication of notice or receipt of actual notice, petition the Court for a hearing to adjudicate the validity of his/her alleged interest in the property.

7. No claims or petitions have been filed or any interest asserted in the subject property. Therefore, any third party interests are barred by such failure. Accordingly, the United States seeks a final order of forfeiture.

WHEREFORE, the United States respectfully moves this Court for a Final Order of Forfeiture declaring the property forfeited as to all persons and vesting full right, title and interest to the property in the United States, and directing the United States to dispose of the property according to law.

Respectfully Submitted,

Stephen R. McAllister
United States Attorney


/s/ Annette Gurney
ANNETTE GURNEY
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
KS. S. Ct. #11602
annette.gurney@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that on September 12, 2019, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for defendant.

/s/ Annette Gurney
ANNETTE GURNEY
Assistant United States Attorney
