IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14-20022-01-JAR |
| ) | |
| JEMEL KNOX, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## FINAL ORDER OF FORFEITURE

Before the Court is the United States' Motion for a Final Order of Forfeiture (Doc. 94).

For good cause shown, the Court **grants** the United States' Motion for a Final Order of Forfeiture (Doc. 94).

WHEREAS, on September 23, 2015, this Court entered a Preliminary Order of Forfeiture ordering the forfeiture of the defendant's interest in the following property:

**A.     .223 caliber Century Arms Inc. Georgia VT Rifle, Model C 15 Sporter, serial number CM00280.**

WHEREAS, notice was published on an official government internet website, www.forfeiture.gov, for at least 30 consecutive days, beginning on September 8, 2016 and ending on October 7, 2016, of the United States' intent to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property; and,

WHEREAS, it appears from the record that no petitions or claims, contested or otherwise, have been filed;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.	All right, title and interest to the property described below is hereby condemned, forfeited to, and vested in the United States of America, and shall be disposed of according to law.

2.	The following property is hereby condemned and forfeited to the United States of America:

    **A.	.223 caliber Century Arms Inc. Georgia VT Rifle, Model C 15 Sporter, serial number CM00280.**

3.	The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS SO ORDERED.

Dated: September 12, 2019

 S/ Julie A. Robinson  
JULIE A. ROBINSON  
CHIEF UNITED STATES DISTRICT JUDGE

2