# UNITED STATES DISTRICT COURT
## District of Kansas

UNITED STATES OF AMERICA,

      Plaintiff,

  v.     CASE NO. 14-cr-20022-JAR

JEMEL KNOX,

      Defendant.

### GOVERNMENT'S NOTICE OF WITHDRAWAL OF COUNSEL AND ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL

Pursuant to D. Kan. Rule 83.5.5(c), Assistant United States Attorney Ryan Huschka enters his appearance as counsel for the United States of America, and Assistant United States Attorney Terra Morehead withdraws as counsel for the United States of America.

          Respectfully submitted,

          KATE E. BRUBACHER
          United States Attorney
          District of Kansas

          By:   *s/Ryan J. Huschka*

Ryan J. Huschka
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
(913) 551-6730
Ryan.Huschka@usdoj.gov
Kan. S. Ct. No. 23840

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2023, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the above-captioned case.

/s/ Ryan J. Huschka
Ryan J. Huschka
Assistant United States Attorney