AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | | |
|---|---|---|
| United States of America, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  14-20022-JAR |
| Jemel Knox, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jemel Knox.

Date:  04/14/2023

s/Laquisha Ross
*Attorney's signature*

Laquisha Ross, #78550
*Printed name and bar number*

500 State Ave., Suite 201
Kansas City, KS 66101
*Address*

laquisha_ross@fd.org
*E-mail address*

(913) 551-6712
*Telephone number*

(913) 551-6562
*FAX number*