IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA**,
   *Plaintiff*,

v.            **Case No. 14-20022-JAR**

**JEMEL T. KNOX,**
   *Defendant*.
_____

**ORDER TERMINATING DEFENDANT'S TERM OF SUPERVISED RELEASE**
_____

 This matter is before the Court on defendant's <u>Motion to Terminate Defendant's Term of Supervised Release</u> (Doc. #98) filed April 14, 2023, which the government does not oppose. The Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). The Court has considered the applicable factors set forth in 18 U.S.C. § 3553(a) and the position of the United States Attorney. For substantially the reasons stated in defendant's <u>Motion to Terminate Defendant's Term of Supervised Release</u> (Doc. #98), the Court finds that defendant's term of supervised release should be terminated.

 **IT IS THEREFORE ORDERED** that defendant's <u>Motion to Terminate Defendant's Term of Supervised Release</u> (Doc. #98) filed April 14, 2023, is

2

**SUSTAINED**. The Court terminates the remaining term of defendant's supervised release. Defendant is discharged.

**IT IS SO ORDERED.**

Dated this 17th day of April, 2023 at Kansas City, Kansas.

s/ Julie A. Robinson
HON. JULIE A. ROBINSON
United States District Judge
